**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District of New York _____
(State)

Case number (*if known*): _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | **BCBG Max Azria Global Holdings, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **None** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4776857** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2761 Fruitland Avenue** | |
| Number        Street | Number        Street |
| | P.O. Box |
| **Vernon, California 90058** | |
| City                State    Zip Code | City                State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Los Angeles County, California** | |
| County | Number        Street |
| | |
| | City                State    Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://bcbgmaxazriagroup.com** |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor ___BCBG Max Azria Global Holdings, LLC___     Case number *(if known)* _____
       Name

---

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4481 (Clothing Stores)**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.

District _____ When _____ Case number _____
                                 MM/DD/YYYY

District _____ When _____ Case number _____
                                 MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.

Debtor   **See Rider 1**      Relationship   **Affiliate**

District   **Southern District of New York**      When   **2/28/2017**
                                                 MM / DD / YYYY

Case number, if known _____

---

| Debtor | BCBG Max Azria Global Holdings, LLC | Case number *(if known)* | |
|--------|--------------------------------------|----------------|--|
| | Name | | |

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____
City                        State        Zip Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors [on a consolidated basis]**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets [on a consolidated basis]**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | BCBG Max Azria Global Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities [on a consolidated basis]**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **2/28/2017**
                MM/ DD / YYYY

✗    **/s/ Holly Felder Etlin**                          **Holly Felder Etlin**
     Signature of authorized representative of debtor     Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

✗    **/s/ Joshua A. Sussberg**                Date    **2/28/2017**
     Signature of attorney for debtor                  MM/ DD/YYYY

**Joshua A. Sussberg**
Printed name

**Kirkland & Ellis LLP**
Firm name

**601 Lexington Avenue**
Number                    Street

**New York**                          **NY**        **10022**
City                                  State      ZIP Code

**(212) 446-4800**                    **joshua.sussberg@kirkland.com**
Contact phone                         Email address

**4216453**                           **New York**
Bar number                            State

**Fill in this information to identify the case**:

United States Bankruptcy Court for the:

_____
Southern District of New York
(State)

Case number *(if known)*: _____    Chapter ___11___

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of BCBG Max Azria Global Holdings, LLC.

- BCBG Max Azria Global Holdings, LLC
- BCBG Max Azria Group, LLC
- BCBG Max Azria Intermediate Holdings, LLC
- Max Rave, LLC
- MLA Multibrand Holdings, LLC

**Fill in this information to identify the case:**

Debtor name ___BCBG Max Azria Global Holdings, LLC, *et al.*___

United States Bankruptcy Court for the: _____Southern District of New York___

Case number *(If known)*: ___17-_____ _____     (State)

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders                                          12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Silvereed (Hong Kong) Limited Centennial Building, 1st Floor 926 Cheung Sha Wan Road Kowloon, Hong Kong | Attn: Nancy Yuans/Hokaki Telephone: 852 3921-1924 Email: hoKaKi@GMRHK.com nancyyuans@lifung.com | Trade | | | | $6,368,886.94 |
| 2 | Mega Link International Holdings Limited Lladro Centre, 13th & 14th Floors 72-80 Hoi Yuen Road Kwun Tong, Kowloon, Hong Kong | Attn: Sally Chan/Jeff Wong Telephone: 011-852-2-370-8033 Email: sally.c@megalink.com.hk Jeff.w@megalink.com.hk | Trade | | | | $5,351,909.79 |
| 3 | Dada Trading Co. Ltd. 388 21 Seokyo-Dong Mapo-Ku, Seoul, South Korea | Attn: Yumi Park Telephone: 82-2-326-1418/9 Email: yumi@dadatex.co.kr | Trade | | | | $4,270,789.59 |

Debtor    BCBG Max Azria Global Holdings, LLC, *et al.*        Case Number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Renaissance Fashion Ltd. New Trend Centre, 18th Floor, Room 18052 104 King Fuk St. San Po Kong, Kowloon, Hong Kong | Attn: Catherine Wong Telephone: 36166121 Email: catherine.wong@ren-fashion.com | Trade | | | | $2,863,544.68 |
| 5 | Trade Harvest Industrial Limited Premier Centre, 10th Floor, Room 7 20 Cheung Shun Street Kowloon, Hong Kong | Attn: Climas Lo Telephone: 852-3568-0268 Email: climas@hangluen.com.hk | Trade | | | | $2,686,319.67 |
| 6 | Kiaterry Textile Corp. Ltd. Cambridge House, Room 1401 26-28 Cameron Road Tsimshatsui, Kowloon, Hong Kong | Attn: Linda Yip Telephone: 0086-20-38306589 Email: linda@kiaterry.com.cn | Trade | | | | $2,342,877.00 |
| 7 | Kysazoze Limited Billion Plaza 2, 27th Floor, Flat D 10 Cheung Yue Street Cheung Sha Wan, Kowloon, Hong Kong | Attn: Fiona Chiu Telephone: 852-3188 8950 Email: fiona@kysazoze.com | Trade | | | | $2,241,567.23 |
| 8 | Coddy Global Ltd. Tun Hwa South Road, 13th Floor, No. 2, Sec. 1 Taipei, Taiwan ROC | Attn: Angela Lee/Sherry Tsai Telephone: 886-2-2781-5550 ext 115 Email: Angela_Lee@coddy.com.tw Sherry_tsai@coddy.com.tw | Trade | | | | $2,134,621.83 |
| 9 | Aptos, Inc. 15 Governor Drive Newburgh, NY 12550 | Attn: Nathalie Roy Telephone: 514-428-2278 Email: nroy@aptos.com | Professional Services | | | | $2,036,108.02 |

Debtor    BCBG Max Azria Global Holdings, LLC, *et al.*    Case Number (if known) _____
_____Name_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | Mystic Inc. P.O. Box 786105 Philadelphia, PA 19178-6105 | Attn: Mukesh Patel Telephone: 917-339-2536 Email: mpatel@hermankay.com | Trade | | | | $2,026,166.54 |
| 11 | Perf Star Global Limited Tun Hwa South Road, 12th Floor, No. 2 Sec. 1 Taipei, Taiwan 10506 | Attn: Landy Lee Telephone: 02-27813880 Email: landy_lee@wintex.com.tw | Trade | | | | $1,743,089.60 |
| 12 | Polaris Handelsgesell Schaft Landstrasse Hauptstrasse 146-148/16/B2 Vienna, Austria A1030 | Attn: Bettina Lichtenberger Telephone: 43 1 7105133-24 Email: blichtenberger@polarisfamily.com | Trade | | | | $1,564,870.07 |
| 13 | A & Feng Fashion Ltd New Tech Plaza, 71st Floor, Room 702 34 Tai Yau St. San Po Kong, | Attn: Jan Lam Telephone: 2761 0390 Email: jan@fengfashion.com | Trade | | | | $1,441,219.66 |
| 14 | Best Silk Limited Silvercord Tower 2, 5th Floor, Unit 503 30 Canadaton Rd. Tsimshatsui, Kowloon, Hong Kong | Attn: David He Wei Telephone: 852-687-63718 Email: shipment@jiajuan.com | Trade | | | | $1,398,623.94 |
| 15 | Ernst & Young LLP P.O. Box 846793 Los Angeles, CA 90084-6793 | Attn: Leslie DeHoff Telephone: 213-240-7472 Email: leslie.dehoff@ey.com | Professional Services | | | | $1,393,294.24 |

Debtor    BCBG Max Azria Global Holdings, LLC, *et al.*      Case Number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | Simon Property Group, Inc. 225 West Washington Street Indianapolis, IN 46204 | Attn: Dan Seabaugh Telephone: 317-263-7646 Email: dseabaugh@simon.com | Contracts | | | | $1,384,067.82 |
| 17 | Collection 18 1370 Broadway, 17th Floor New York, NY 10018 | Attn: Vincent Zheng Telephone: N/A Email: vzheng@collectionxiix.com | Trade | | | | $1,354,026.23 |
| 18 | SAP Industries Inc. 3999 West Chester Pike Newton Square, PA 19073 | Attn: Matt Laukaitis Telephone: 425-922-8072 Email: matt.laukaitis@sap.com | Professional Services | | | | $1,184,904.18 |
| 19 | Pepperjam, LLC P.O. Box 787432 Philadelphia, PA 19178 | Attn: Jason Weidner Telephone: 215-272-2983 Email: jaweidner@pepperjam.com | Professional Services | | | | $1,169,258.39 |
| 20 | Andari Fashion Inc. 9626 Telstar Avenue El Monte, CA 91731 | Attn: Wei Ling Telephone: 626-575-2759 Email: Weiling.Kazuno@andari.com | Trade | | | | $1,149,745.74 |
| 21 | US Customs Service 6650 Telecom Drive, Suite 100 Indianapolis, IN 46278 | Attn: Kandace Niemi Telephone: 877-227-5511 206-592-2054 (direct) Email: kandace.niemi@apexglobe.com | Trade | | | | $1,038,830.12 |

Debtor   BCBG Max Azria Global Holdings, LLC, *et al.*         Case Number (if known) _____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | RL Criss Cross Inc. 555 8th Ave., Suite 1910 New York, BY 10018 | Attn: Richard Meng Telephone: 86-021-32503203*807 Email: realinues@aol.com | Trade | | | | $788,604.45 |
| 23 | Hing Shing Looping Manufacturing Co. Ltd Wing Tai Centre, 10th Floor, Flat B 12 Hing Yip Street Kowloon, Hong Kong | Attn: Yee Wong Telephone: 2343 6072,3761 6300 Email: yee.wong@hingshing.com | Trade | | | | $787,305.13 |
| 24 | Winston & Strawn LLP 36235 Treasury Center Chicago, IL 60694-6200 | Attn: Dan Webb Telephone: 312-558-5856 Email: dwebb@winston.com | Professional Services | | | | $781,243.32 |
| 25 | FCI Groups, Inc. 755 E. Pico Blvd. Los Angeles, CA 90021 | Attn: Lente Bagunu Telephone: 213-747-3900 Email: lentefci@gmail.com | Trade | | | | $721,621.87 |
| 26 | Formentini SRL Via A. Volta 414 Sant'Elpidio A Mare (FM), Italy 63811 | Attn: Giovanni Pierantozzi Telephone: 073486381 Email: giovanni@formentini.it | Trade | | | | $710,046.19 |
| 27 | Rodeo Collection Ltd 9629 Brighton Way, 2nd Floor Beverly Hills, CA 90210 | Attn: Bahador Mahboubi Telephone: 310-275-9700 Email: bahador@dmanage.com | Contracts | | | | $583,110.00 |

Debtor    BCBG Max Azria Global Holdings, LLC, *et al.*    Case Number (if known) _____
_____
       Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | Shanghai Shenda (Hong Kong) Company Ltd Tung Che Commerical Center, Flat/Room 2201 246 Des Voeuz Rd West Hong Kong | Attn: Dongming Pan Telephone: 86-139-0163-5309 Email: pan@panfame.com | Trade | | | | $557,398.89 |
| 29 | Leap Sheen Limited Wen-Hsin Road, 12th Floor, No. 306, Sec. 1 Taichung City, Taiwan 408. ROC | Attn: Janna Chen Telephone: 886-4-3283536 Email: jannac@maxgreat.com | Trade | | | | $504,220.97 |
| 30 | Priority Fulfillment Services, Inc. P.O. Box 95420 Grapevine, TX 76099-9734 | Attn: Melanie Prada Telephone: 972-881-2900 x 3683 Email: mprada@pfsweb.com | Professional Services | | | | $463,260.44 |
| 31 | Demandware, Inc. 5 Wall Street Burlington, MA 01803 | Attn: Paul DiBartolomeo Telephone: 781-425-7547 Email: pdibartolomeo@demandware.com | Professional Services | | | | $449,485.67 |
| 32 | Gaflana Industry Limited The Third Industrial Zone, No. 8 Qing Feng 3rd Road Shijing, Baiyun District Guangzhou, China 510430 | Attn: Kim Shek Telephone: 86-20-8105-0622 #813 Email: kimshek@gaflana.com | Trade | | | | $393,624.45 |
| 33 | Galo Shoes, Inc. 150 Pompton Plains Crossroads Box 4505 Wayne, NJ 07474-4505 | Attn: Felix Galo Telephone: 201-641-0896 Email: fxg396@gmail.com | Contracts | | | | $373,749.18 |

Debtor      BCBG Max Azria Global Holdings, LLC, *et al.*                    Case Number (if known) _____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 34 | Sears Holdings Corporation 12670 Collections Dr. Sublease, Unit 68738 Vernon, CA Chicago, IL 60693 | Attn: Michael Dunne Sears Lease Accounting Telephone: 847-286-4927 Email: michael.dunne@searshc.com | Contracts | | | | $372,416.76 |
| 35 | Morinda International Corporation Ltd 1522 Nan Fung Center 264-298 Canadastle Peak Tseun Wan, L New Territories, Hong Kong | Attn: Allan Xue Telephone: 0086-769-83332684 Email: morindajane@morinda-cn.com | Trade | | | | $371,491.33 |
| 36 | T1 Atelier Company Ltd. Laford Center, 11th Floor, Units 07-08 838 Lai Chi Kok Road Cheun Sha Wan, Kowloon, Hong Kong | Attn: Kim Chun Telephone: 852-3104-1061 Email: kimchun.kh@t1atelier.com | Contracts | | | | $356,286.96 |
| 37 | Westin St Francis Hotel 335 Powell St. San Francisco, CA 94102 | Attn: Marcelo Infante Telephone: 415-774-0131 Email: marcelo.infante@westin.com | Contracts | | | | $341,249.90 |
| 38 | VCS Group LLC 3451 Bonita Bay Blvd., Suite 200 Bonita Springs, FL 34134 | Attn: Sonya Voronkova/Camuto Group Telephone: 239-301-3019 Email: sonya.voronkova@camutogroup.com | Trade | | | | $323,716.53 |
| 39 | Prime Apparel, Inc. 5667 Mansfield Way Bell, CA 90201 | Attn: Irene Mac Telephone: 323-269-6106 Email: irenem@primeapparelinc.com | Trade | | | | $313,548.88 |

Debtor  BCBG Max Azria Global Holdings, LLC, *et al.*       Case Number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 40 | Sinosky Corporation Ltd Sinosky Building Hu Zhou Street, No. 18 Gongshu District Hangzhou, China 310015 | Attn: Shelly Jiang Telephone: 86-571-89919733 Email: shellyjiang@sinoskycorp.com | Trade | | | | $310,469.99 |
| 41 | Dave Foster Builders, Inc. 2290 Alahao Place, Unit 400 Honolulu, HI 96819 | Attn: David Foster Telephone: 808-848-2101 Email: dave@davefosterbuilders.com | Trade | | | | $301,253.90 |
| 42 | Velocity Technology Solutions, Inc. 1901 Roxborough Road, 4th Floor Charlotte, NC 28211 | Attn: Theresa Prewett Telephone: 904-716-7011 Email: theresa.prewett@velocitycloud.com | Professional Services | | | | $300,972.41 |
| 43 | Criteo Corp. P.O. Box 392422 Pittsburgh, PA 15251-9422 | Attn: Julie Wu Telephone: 917-204-0562 Email: j.wu@criteo.com | Professional Services | | | | $300,097.21 |
| 44 | FedEx 500 Ross Street, Room 154-0455 Pittsburgh, PA 15262 | Attn: Belinda Nolte Telephone: 855-285-7012x3042 Email: belinda.nolte@fedex.com | Trade | | | | $298,090.74 |
| 45 | Twitter, Inc. P.O. Box 12027 Newark, NJ 07101-5027 | Attn: Joan Juan Telephone: 00632-433-6500 loc 18712 Email: joanjuan@twitter.com | Professional Services | | | | $294,621.27 |

Debtor    BCBG Max Azria Global Holdings, LLC, *et al.*    Case Number (if known) _____
　　　　　　Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 46 | Daejee Metal Co. Ltd 173-5 Sukchon Dong, Songpa Gu Seoul, South Korea | Attn: Sunny Kim Telephone: 82-2-416-9081 Email: sunny@daejee.net | Trade | | | | $291,181.18 |
| 47 | Westfield 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Attn: John Kim Telephone: 310-478-4456 Email: jkim@westfield.com | Contracts | | | | $290,085.72 |
| 48 | 1450 Broadway, LLC 1375 Broadway, 12th Floor New York, NY 10018 | Attn: Bobby Zar Telephone: 212-944-2510 Email: bobby@azrgroupny.com | Contracts | | | | $288,756.57 |
| 49 | Huge Well (Hong Kong) Ltd Yu Feng International Building, 22nd Floor West Yan An Road, No. 777 Shanghai, China 200050 | Attn: Cherry Wang Telephone: 86-216-225-6000 Email: cherrywang@generalorientltd.com | Trade | | | | $286,777.42 |
| 50 | West Coast Distribution (Contractors) 2608 37th St. Vernon, CA 90058 | Attn: Alex Francia Telephone: 323-374-6706 Email: alexf@wcdistribution.com | Trade | | | | $286,353.91 |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | BCBG Max Azria Global Holdings, LLC, *et al.*, |
| United States Bankruptcy Court for the: | Southern District of New York |
| | (State) |
| Case number (If known): 17-_____ | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **02/28/2017** | ☒ */s/ Holly Felder Etlin* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Holly Felder Etlin** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, | ) |
|  | ) Case No. 17-_____(____) |
| Debtor. | ) |
|  | ) |

### LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| BCBG Max Azria Global Holdings, LLC | Designer Apparel Dual Holdings, LLC | 330 Madison Avenue, 10th Floor New York, NY 10017 | 100% (preferred) |
| | Fashion Funding, LLC | 330 Madison Avenue, 18th Floor New York, NY 10017<br><br>c/o Guggenheim Capital, LLC 227 West Monroe Street, Suite 4900 Chicago, IL 60606 | 26.01% (common) |
| | Azria Enterprises, Inc. | 8619 W Sunset Boulevard West Hollywood, CA 90069 | 18.95% (common) |
| | Orpheus Holdings LLC | 330 Madison Avenue, 10th Floor New York, NY 10017 | 9.81% (common) |
| | Designer Apparel Dual Holdings BlockerCo, LLC | 330 Madison Avenue, 10th Floor New York, NY 10017 | 9.43% (common) |
| | Midland National Life Insurance Company (Annuity) | 330 Madison Avenue, 10th Floor New York, NY 10017 | 9.16% (common) |
| | Fashion Funding III, LLC | 330 Madison Avenue, 18th Floor New York, NY 10017<br><br>c/o Guggenheim Capital, LLC 227 West Monroe Street, Suite 4900 Chicago, IL 60606 | 7.35% (common) |
| | Fashion Funding II, LLC | 330 Madison Avenue, 18th Floor New York, NY 10017<br><br>c/o Guggenheim Capital, LLC 227 West Monroe Street, Suite 4900 Chicago, IL 60606 | 6.64% (common) |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| | Midland National Life Insurance Company (Main) | 330 Madison Avenue, 10th Floor New York, NY 10017 | 3.72% (common) |
| | North American Company for Life and Health Insurance (Annuity) | 330 Madison Avenue, 10th Floor New York, NY 10017 | 2.86% (common) |
| | Midland National Life Insurance Company (BOLI-GEN) | 330 Madison Avenue, 10th Floor New York, NY 10017 | 2.00% (common) |
| | North American Company for Life and Health Insurance (Main) | 330 Madison Avenue, 10th Floor New York, NY 10017 | 2.00% (common) |
| | AZ6, LLC | 8619 W Sunset Boulevard West Hollywood, CA 90069 | 1.05% (common) |
| | Security Benefit Life Insurance (SUR) | 330 Madison Avenue, 10th Floor New York, NY 10017 | 0.66% (common) |
| | SBC Funding, LLC | 330 Madison Avenue, 10th Floor New York, NY 10017 | 0.35% (common) |

Fill in this information to identify the case and this filing:

Debtor Name        BCBG Max Azria Global Holdings, LLC

United States Bankruptcy Court for the:        Southern District of New York

                                                                      (State)
Case number (If known):

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____ List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **2/28/2017** | ☒ */s/ Holly Felder Etlin* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Holly Felder Etlin** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | ) | Case No. 17-_____(____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Preferred Shareholder | Approximate Percentage of Preferred Shares Held |
|---|---|
| Designer Apparel Dual Holdings, LLC | 100% |

| Common Shareholder | Approximate Percentage of Common Shares Held |
|---|---|
| Fashion Funding, LLC | 26.01% |
| Azria Enterprises, Inc. | 18.95% |

Fill in this information to identify the case and this filing:

Debtor Name          BCBG Max Azria Global Holdings, LLC

United States Bankruptcy Court for the:          Southern District of New York

(State)

Case number (If known):

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒  Other document that requires a declaration_____ Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **2/28/2017** | ☒ */s/ Holly Felder Etlin* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Holly Felder Etlin** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## CONSENT IN LIEU OF A SPECIAL
## MEETING OF THE BOARD OF MANAGERS
## BCBG MAX AZRIA GLOBAL HOLDINGS, LLC

February 28, 2017

The undersigned, being all of the members of the board of managers of BCBG Max Azria Global Holdings, LLC, a Delaware limited liability company (the "Company"), in lieu of holding a special meeting of the board of managers of the Company (the "Board"), hereby take the following actions and adopt the following resolutions by written consent pursuant to the Company's Amended and Restated Operating Agreement (the "Operating Agreement") and Section 18-404 of the Delaware Limited Liability Company Act (the "Act"):

WHEREAS, the Board considered presentations by the management and the financial and legal advisors of the Company regarding the financial situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's businesses.

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

WHEREAS, the independent managers of the Board have approved and authorized, by separate written consent, the Company's entry into (a) a debtor-in-possession term loan facility in an aggregate principal amount of $80 million and (b) a debtor-in-possession asset-based loan facility in an aggregate commitment amount of $92.5 million (collectively, the "DIP Financing"), and authorized the Company's duly appointed officers to take any and all action necessary to consummate the DIP Financing.

NOW, THEREFORE, BE IT:

## CHAPTER 11 FILING

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file or cause to be filed the voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court").

RESOLVED, that any duly appointed officer of the Company (collectively, including, but not limited to, the Chief Restructuring Officer, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, objections, replies, applications, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary or proper to maintain the ordinary course operation of the Company's businesses or to assist the Company in the Chapter 11 Cases and in carrying out its duties under the provisions of the Bankruptcy Code.

## RETENTION OF PROFESSIONALS

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP, as general bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Jefferies, LLC, as investment banker, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Jefferies, LLC.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of AlixPartners, LLP, as restructuring advisor, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each of the Company's rights and obligations; and in connection therewith, each of the Authorized Officers is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of AlixPartners, LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Donlin, Recano & Company, Inc. as notice, claims, and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Donlin, Recano & Company, Inc.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, objections, replies, applications, pleadings, lists, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, investment bankers, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's Chapter 11 case, with a view to the successful prosecution of the case.

**GENERAL**

3

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in the case as in such officer's or officers' judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board.

RESOLVED, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, managing member, or manager of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

FURTHER RESOLVED, that this consent may be executed in any number of counterparts, each of which shall be deemed to be an original, and such counterparts shall constitute but one and the same consent.

FURTHER RESOLVED, that facsimile or photostatic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

FURTHER RESOLVED, that the actions taken by this written consent shall have the same force and effect as if taken at a special meeting of the Board duly called and constituted pursuant to the Operating Agreement and the laws of the State of Delaware.

\*        \*        \*        \*        \*

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date above first written.

_____
Matthew Bloom

_____
Bennett Nussbaum

_____
Homi Patel

_____
Robert Rosenberg

_____
Andrew Rosenfield

*[Signature Page to BCBG Max Azria Global Holdings, LLC Written Consent]*

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date above first written.

_____

Matthew Bloom

_____

Bennett Nussbaum

_____

Homi Patel

_____

Robert Rosenberg

_____

Andrew Rosenfield

[*Signature Page to BCBG Max Azria Global Holdings, LLC Written Consent*]

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date above first written.

_____

Matthew Bloom


_____

Bennett Nussbaum


_____

Homi Patel


_____

Robert Rosenberg


_____

Andrew Rosenfield

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date above first written.

_____
Matthew Bloom


_____
Bennett Nussbaum


_____
Homi Patel

_____
Robert Rosenberg


_____
Andrew Rosenfield

*[Signature Page to BCBG Max Azria Global Holdings, LLC Written Consent]*

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date above first written.

_____

Matthew Bloom

_____

Bennett Nussbaum

_____

Homi Patel

_____

Robert Rosenberg

_____

Andrew Rosenfield

*[Signature Page to BCBG Max Azria Global Holdings, LLC Written Consent]*