| | |
|---|---|
| Joshua A. Sussberg, P.C. | James H.M. Sprayregen, P.C. |
| Christopher J. Marcus, P.C. | Benjamin M. Rhode (*pro hac vice* pending) |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 601 Lexington Avenue | 300 North LaSalle Street |
| New York, New York 10022 | Chicago, Illinois 60654 |
| Telephone:   (212) 446-4800 | Telephone:   (312) 862-2000 |
| Facsimile:   (212) 446-4900 | Facsimile:   (312) 862-2200 |

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.*,[1] | Case No. 17-10466 (SCC) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11
CASES AND HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on February 28, 2017 (the "Petition Date"), BCBG Max Azria Global Holdings, LLC and certain of its affiliates listed on **Schedule 1** attached hereto, as debtors and debtors in possession (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, in addition to their chapter 11 petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Pleadings"):

1. *First Day Declaration.* Declaration of Holly Felder Etlin, Chief Restructuring Officer of BCBG Max Azria Global Holdings, LLC, (I) in Support of Debtors' Chapter 11 Petitions and First Day Motions and (II) Pursuant to Local Bankruptcy Rule 1007-2. [Docket No. 3].

2. *Joint Administration Motion.* Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief. [Docket No. 2].

3. *DIP Financing Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to the Pre-Petition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief. [Docket No. 22].

4. *Cash Management Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Authorizing the Debtors to Continue Intercompany Transactions, and (III) Granting Related Relief. [Docket No. 14].

5. *Agency Agreement Assumption and Store Closing Procedures Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief. [Docket No. 15].

6. *Customer Programs Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief. [Docket No. 10].

7. *Lienholders Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Lien Claimants, Import and Export Claimants, and 503(b)(9) Claimants and (II) Granting Related Relief. [Docket No. 8].

8. *Wages Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief. [Docket No. 13].

9. *Taxes Motion*. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief. [Docket No. 9].

10. *Insurance Motion*. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Honor the Terms of the Financing Agreements and Pay Premiums Thereunder, and (E) Enter into New Financing Agreements in the Ordinary Course of Business and (II) Granting Related Relief. [Docket No. 11].

11. *Creditor Matrix Motion*. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors' 50 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, (III) Approving the Form and Manner of Notifying Creditors of Commencement of These Chapter 11 Cases, and (IV) Granting Related Relief. [Docket No. 4].

12. *Case Management Motion*. Debtors' Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief. [Docket No. 5].

13. *Schedules Extension Motion*. Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief. [Docket No. 6].

14. *Noticing Agent 156(c) Application*. Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(C) Approving the Appointment and Retention of Donlin, Recano & Company, Inc. as the Claims and Noticing Agent to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date. [Docket No. 12].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider these motions (the "First Day Hearing") has been scheduled by the Court for **March 2, 2017, at 4:30 p.m. (prevailing Eastern Time)**, with such hearing to be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 623 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New

3

York, New York 10004 in accordance with the Court's schedule. The Debtors have requested that the Court consider the relief requested in the First Day Pleadings on a final basis, in certain cases, or on an interim basis pending a final hearing to be scheduled at a later date. The Debtors have filed an agenda in advance of the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have also filed certain motions and applications as to which relief will be requested at a later hearing or hearing, the date and time for which will be scheduled by the Court during the First Day Hearing (collectively, the "Later Hearing Pleadings"), including but not limited to the following:

1. *Utilities Motion.* Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief. [Docket No. 7].

2. *Sale Procedures Motion.* Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief. [Docket No. 33].

3. *Chapter 11 Plan.* Joint Plan of Reorganization of BCBG Max Azria Global Holdings, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 39].

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and Later Hearing Pleadings may be obtained free of charge by visiting the website of Donlin, Recano & Company, Inc. at https://www.donlinrecano.com/bcbg. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that *your rights may be affected*.  **You should read the First Day Pleadings carefully and discuss them with your attorney, if you have one in connection with the chapter 11 cases.  (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated:  March 1, 2017

*/s/ Joshua A. Sussberg*
Joshua A. Sussberg, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Benjamin M. Rhode (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

## **Schedule 1**

### **List of Debtors**

| **Debtor(s)** | **Case Number** |
|---|---|
| BCBG Max Azria Global Holdings, LLC | Case No. 17-10466 (SCC) |
| BCBG Max Azria Group, LLC | Case No. 17-10465 (SCC) |
| BCBG Max Azria Intermediate Holdings, LLC | Case No. 17-10467 (SCC) |
| MLA Multibrand Holdings, LLC | Case No. 17-10468 (SCC) |
| Max Rave, LLC | Case No. 17-10469 (SCC) |