**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.*,[1] | ) ) ) ) | Case No. 17-10466 (SCC) |
| Debtors. | ) ) ) | (Jointly Administered) |
| MAX AZRIA and LUBOV AZRIA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, BCBG MAX AZRIA GROUP, LLC, BCBG MAX AZRIA INTERMEDIATE HOLDINGS, LLC, MAX RAVE, LLC, and MLA MULTIBRAND HOLDINGS, LLC, | ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 17-01040 (SCC) |
| Defendants. | ) ) | |

**SCHEDULING ORDER REGARDING (A) BCBG MAX AZRIA, LLC'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF LUBOV AZRIA'S EMPLOYMENT AGREEMENT AND (II) FINDING THAT THE AMOUNT OF ANY CLAIM(S) UNDER THE EMPLOYMENT AGREEMENT IS SUBJECT TO 11 U.S.C. § 502(b)(7) AND (B) MAX AND LUBOV AZRIA'S ADVERSARY COMPLAINT FOR DECLARATORY JUDGMENT**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); BCBG MaxAzria International Holdings, Inc. (0977); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

To promote the efficient and expeditious disposition of (a) *BCBG MAX AZRIA, LLC's Motion For Entry Of An Order (I) Authorizing the Rejection Of Lubov Azria's Employment Agreement and (II) Finding that the Amount of Any Claim(s) Under the Employment Agreement Is Subject To 11 § 502(b)(7)* [Bankr. Docket No. 137] (the "Motion to Reject")[2] and (b) *Max and Lubov Azria's Adversary Complaint for Declaratory Judgment* [Adv. Docket No. 1] (the "Adversary Complaint"), the following schedule shall apply to BCBG Max Azria LLC's (the "Debtor") Motion and Max and Lubov Azria's (the "Azrias") Adversary Complaint for Declaratory Judgment.

IT IS HEREBY ORDERED that:

1. The deadline for the Debtor to file a dispositive motion is April 3, 2017.

2. The deadline for the parties to submit written discovery requests is April 4, 2017.

3. Any discovery disputes will be resolved by a telephonic hearing on April 7, 2017.

4. The deadline for the Azrias to respond to the Debtor's dispositive motion is April 15, 2017.

5. The deadline for the parties to complete their respective productions of documents in response to discovery requests is April 19, 2017.

6. The deadline for the Debtor to file a reply to the Azrias' response to the Debtor's dispositive motion is April 20, 2017.

7. The hearing on the Debtor's dispositive motion will be on April 24, 2017, at 10:00 a.m. (prevailing Eastern Time).

---

[2] The hearing to consider the Motion to Reject has been adjourned until further notice.

2

8. To the extent that depositions are deemed necessary, such depositions will occur between April 25, 2017 and May 5, 2017.

9. The deadline for the filing of the parties' exhibit lists, witness lists, and pre-trial briefs is May 5, 2017.

10. The evidentiary hearing on the Debtor's Motion and the Azrias' Adversary Proceeding shall commence on a time and date acceptable to the Court that shall be determined at a future date.

11. The Debtor shall immediately notify Chambers upon the settlement, dismissal or other resolution of the disputes subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The Debtor shall immediately advise Chambers, in writing, of any occurrence or circumstance which the Debtor believes may suggest or necessitate the adjournment or other modification of the trial setting.

Dated: March 30, 2017        /S/ Shelley C. Chapman
                                         THE HONORABLE SHELLEY C. CHAPMAN
                                         UNITED STATES BANKRUPTCY JUDGE