Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11**
                                                            :
**RUNWAY LIQUIDATION**                                      :   **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1]                               :
                                                            :   **Jointly Administered**
          **Debtors.**                                      :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF CLAIM NO. 598 FROM THE PLAN ADMINISTRATOR'S FIFTH NOTICE OF CLAIMS SATISFIED IN FULL**

**PLEASE TAKE NOTICE** that on April 23, 2018, David MacGreevey, in his capacity as plan administrator (the "Plan Administrator") acting on behalf of Runway Liquidation Holdings, LLC, and its affiliated post-effective date debtors (collectively, the "Post-Effective Date Debtors" and before the Effective Date of the Plan, the "Debtors"), filed the *Plan Administrator's Fifth Notice of Claims Satisfied in Full* [Docket No. 877] (the "Fifth Satisfaction Notice")[2] identifying certain Claims listed in Exhibit A attached to the Fifth Satisfaction Notice, which have been satisfied or released post-petition in full.

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Fifth Satisfaction Notice.

DOCS_SF:97106.1 08467/001

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby withdraws, without prejudice, the following claim from the Fifth Satisfaction Notice:

- Proof of Claim number 598 filed against BCBG Max Azria Group, LLC by David Jehan ("Claim No. 598")

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator expressly reserves the right to (a) amend, modify or supplement the Fifth Satisfaction Notice, and (b) file additional objections to any Claims in these chapter 11 cases (filed or not) that have been or may be asserted against the Debtors, including but not limited to Claim No. 598, which is hereby removed from the Fifth Satisfaction Notice.

Dated:   June 25, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maria A. Bove*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*