Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                          :
**In re**                                 :   **Chapter 11**
                                          :
**RUNWAY LIQUIDATION**                    :   **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1]             :
                                          :   **Jointly Administered**
                **Debtors.**              :
----------------------------------------------------------------x

## NOTICE OF CONTINUANCE

**PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 623, One Bowling Green, New York, New York 10004-1408 on **October 9, 2018 at 10:00 a.m. (prevailing Eastern Time)** is continued to **November 13, 2018 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing") with respect to the following matters:

- *Motion of Acadia Realty Trust, Federal Realty Investment Trust, PGIM Real Estate, Starwood Retail Partners LLC, The Forbes Company, The Macerich Company, and The Related Companies for Allowance and Payment of Administrative Expense Claims* [Docket No. 657];

- *Plan Administrator's Fourteenth Omnibus (Non-Substantive) Objection to Certain Claims (Duplicate, Late Filed, No Liability and Reclassified)* [Docket No. 878] (the

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_SF:97861.1

"Fourteenth Omnibus Objection"), solely with respect to the Claimants and Claims listed on **Exhibit A** hereto;

- *Plan Administrator's Fifteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Reduce and Reclassify/Reduce)* [Docket No. 879] (the "Fifteenth Omnibus Objection"), solely with respect to the Claimants and Claims listed on **Exhibit B** hereto; and

- *Plan Administrator's Sixteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, No Liability, Reduce, Reclassify and Reclassify/Reduce)* [Docket No. 930], solely with respect to the Claimants and Claims listed on **Exhibit C** hereto.

- *Plan Administrators Eighteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Late filed, No Liability, Reduce, Reclassify and Reclassify/Reduce)* [Docket No. 983]

**PLEASE TAKE FURTHER NOTICE** that the time to respond or otherwise object to the Objections has been extended to **November 6, 2018 at 4:00 p.m. (ET)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in the event no response to the Objections is received on or before the Response Deadline, the Court may enter and order sustaining the Objections without a hearing.

Dated: October 1, 2018

                PACHULSKI STANG ZIEHL & JONES LLP

                */s/ Beth E. Levine*
                Robert J. Feinstein, Esq.
                Bradford J. Sandler, Esq.
                Beth E. Levine, Esq.
                Steven W. Golden, Esq.
                780 Third Avenue, 34th Floor
                New York, NY 10017
                Telephone: (212) 561-7700
                Facsimile: (212) 561-7777

                *Counsel to the Plan Administrator*

2

## EXHIBIT A

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| CA- STATE BOARD OF EQUALIZATION | 347 | 14th Omni – Schedule 3 No Liability |
| OH- CITY OF MONROE TAX | 487 | 14th Omni – Schedule 3 No Liability |

## **EXHIBIT B**

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| DIRECT SOURCE PACKAGING CO LLC | 5 | 15th Omni – Schedule 2 Reduce |
| PEPPERJAM LLC | 16 | 15th Omni – Schedule 2 Reduce |
| TN- DEPT OF REVENUE | 654 | 15th Omni – Schedule 2 Reduce |

DOCS_SF:97861.1

# **EXHIBIT C**

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| PA- CITY OF PHILADELPHIA SCHOOL DISTRICT | 133 | 16th Omni – Schedule 2 No Liability |