Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :          **Chapter 11**
                                                            :
**RUNWAY LIQUIDATION**                                      :          **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,[1]**                               :
                                                            :          **Jointly Administered**
              **Debtors.**                                  :
------------------------------------------------------------x

### CERTIFICATION OF COUNSEL REGARDING THE PLAN ADMINISTRATOR'S EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (AMENDED, LATE FILED, NO LIABILITY, REDUCE, RECLASSIFY AND RECLASSIFY/REDUCE)

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Rules of the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules"), and in accordance

with the case management procedures set forth in the *Order Establishing Certain Notice, Case*

*Management, and Administrative Procedures* [Docket No. 90] (the "Case Management Order"),

the undersigned hereby certifies as follows:

          1.        On September 7, 2018, counsel to David MacGreevey, in his capacity as

the Plan Administrator, filed the *Plan Administrator's Eighteenth Omnibus (Non-Substantive)*

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

*Objection to Certain Claims* (*Amended, Late filed, No Liability, Reduce, Reclassify and Reclassify/Reduce*) [Docket No. 983] (the "Eighteenth Omnibus Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

2.      The Case Management Order provides that where no objection to a request for relief is filed, the movant may submit a proposed order granting such request for relief to the Court along with a certificate of no objection stating that no objection has been filed or served on the movant.

3.      The undersigned counsel hereby certifies that, as of the date hereof, she has reviewed the docket in this case and the following two responses ("Responses") were filed:

- *The Taubman Landlords' Response in Opposition to Debtors' Eighteenth Omnibus Objection to Claims* [Docket No. 1006] filed by the Taubman Landlords with respect to Claim Nos. 278, 1122 and 1128; and

- *Reply to Objection to Proof of Claim No. 173 Filed by Municipality of San Juan* [Docket No. 1018] was filed by Municipio de San Juan with respect to Claim No. 173.

4.      The undersigned counsel further certifies that the Plan Administrator has received the following informal responses:

    a.      HI- DEPT OF TAXATION – Proof of Claim No. 1102;

    b.      MYSTIC INC. – Proof of Claim Nos. 710 and 1093;

    c.      DADA TRADING CO LTD – Proof of Claim No. 849; and

    d.      PAOLA EKELUND – Proof of Claim No. 696.

5.      Undersigned counsel further certifies that an informal response was received from Cello Partnership dba Verizon Wireless and was resolved consensually as reflected in the order attached hereto as **Exhibit A** and **Schedule 3** thereto

DOCS_SF:98105.1 08467/001

6.        Undersigned counsel further certifies that no other answer, objection, or other response to the Eighteenth Omnibus Objection appears on the docket and no other informal response has been received.

7.        Accordingly, the undersigned respectfully requests that the Court enter the order attached hereto as **Exhibit A** in accordance with the procedures described in the Case Management Order.

Dated:    October 31, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Beth E. Levine*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

DOCS_SF:98105.1 08467/001

**EXHIBIT A**

**Proposed Order**

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :          **Chapter 11**
                                                             :
**RUNWAY LIQUIDATION**                                       :          **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,[1]**                                :
                                                             :          **Jointly Administered**
          **Debtors.**                                       :
-------------------------------------------------------------x

**ORDER GRANTING PLAN ADMINISTRATOR'S EIGHTEENTH OMNIBUS**
**(NON-SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (AMENDED, LATE**
**FILED, NO LIABILITY, REDUCE, RECLASSIFY AND RECLASSIFY/REDUCE)**

Upon the objection (the "Objection")[2] of the Plan Administrator for entry of an order

(this "Order") disallowing and expunging or modifying the claims identified on **Schedule 1**,

**Schedule 2**, **Schedule 3**, **Schedule 4**, and **Schedule 5** hereto (collectively, the "Disputed

Claims") in each case pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Objection Procedures, all as more fully set forth in the Objection; and upon the

Boken Declaration; and the Court having found that it has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United*

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, follows: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*States District Court for the Southern District of New York*, dated December 1, 2016, and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Post-Effective Date Debtors, creditors, and other parties in interest; and the Court having found that the Plan Administrator provided appropriate notice of the Objection and the opportunity for a hearing on the Objection under the circumstances; and the Court having reviewed the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained to the extent set forth herein.

2.      Each Amended Claim identified on **Schedule 1** attached hereto is hereby disallowed and expunged in its entirety. The Surviving Claims identified on **Schedule 1** will remain on the Claims Register and such Claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Surviving Claims.

3.      Each Late Filed Claim identified on **Schedule 2** attached hereto is hereby disallowed and expunged in its entirety.

4.      Each No Liability Claim identified on **Schedule 3** attached hereto is hereby disallowed and expunged in its entirety, with the exception of Claim No. 289 of Cello Partnership dba Verizon Wireless, which shall be allowed as a general unsecured claim in the reduced amount of $54,687.30, as reflected on **Schedule 3**.

DOCS_SF:98105.1 08467/001

5. Each Reduced Claim identified on **Schedule 4** attached hereto is hereby modified in amount as identified in the column entitled "Modified Total" on **Schedule 4** attached hereto.

6. Each Reclassified Claim identified on **Schedule 5** attached hereto is hereby reclassified as identified in the column entitled "Modified Class" on **Schedule 5** attached hereto.

7. Donlin Recano, the Debtors' noticing and claims agent, is authorized to update the Claims Register to reflect the relief granted in this Order.

8. Entry of this Order is without prejudice to the Plan Administrator's right to object to any other Claims in these chapter 11 cases or to further object to the Disputed Claims (to the extent they are not disallowed and expunged pursuant to this Order) on any grounds whatsoever, at a later date.

9. Each Disputed Claim and the Objection by the Plan Administrator to each Disputed Claim as addressed in the Objection and as identified in **Schedule 1**, **Schedule 2**, **Schedule 3**, **Schedule 4**, and **Schedule 5** attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Disputed Claim. Any stay of this Order shall apply only to the contested matter which involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2018

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE 1

**Schedule 1**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - AMENDED CLAIMS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Surviving Claim Number | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | Total | | |
| CA- IMPERIAL COUNTY TREASURER TAX COLLECOR 23466 FLORA OROPEZA 940 W MAIN ST STE 106 EL CENTRO CA 92243 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 5/19/2017 | 529 | $ 5,510.64 | $ - | $ - | $ - | $ - | $ 5,510.64 | 1186 | Claim has been Amended by Surviving Claim. |
| IL- DEPT OF EMPLOYMENT SECURITY 33 S STATE ST BANKRUPTCY UNIT 19TH FL CHICAGO IL 60603 | MAX RAVE, LLC | 2/22/2018 | 758 | $ - | $ - | $ - | $ - | $19,829.56 | $19,829.56 | 1189 | Claim has been Amended by Surviving Claim. |
| TCF EQUIPMENT FINANCE INC A DIV OF TCF NATIONAL BANK MICHAEL SPRINGER 11100 WAYZATA BLVD STE 801 MINNETONKA MN 55305 | BCBG MAX AZRIA GROUP, LLC | 5/12/2017 | 432 | $ 90,538.43 | $ - | $ - | $ - | $ - | Unliquidated | 1191 | Claim has been Amended by Surviving Claim. |
| TOYOTA LEASE TRUST TOYOTA MOTOR CREDIT CORP PO BOX 9013 ADDISON TX 75001 | BCBG MAX AZRIA GROUP, LLC | 4/18/2017 | 245 | $ 2,513.18 | $ - | $ - | $ - | $ - | Unliquidated | icle VII.(F) and (C | Claim has been Amended by Surviving Claim. |

# SCHEDULE 2

**Schedule 2**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - LATE FILED CLAIMS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Basis for Disallowance |
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| ARCVISION INC<br>1950 CRAIG ROAD SUITE 300<br>SAINT LOUIS MO 63146 | BCBG MAX AZRIA GROUP, LLC | 2/2/2018 | 1179 | $ - | $ - | $ - | $ - | $ 2,428,891.00 | $ 2,428,891.00 | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. |
| CA- LOS ANGELES COUNTY TREASURER<br> AND TAX COLLECTOR<br>OSCAR ESTRADA<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | BCBG MAX AZRIA GROUP, LLC | 4/26/2018 | 1194 | $ - | $ 107,196.40 | $ - | $ - | $0.00 | $107,196.40 | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. |
| CARSHEEANA BREWER<br>4512 KNOLLPARK CIR<br>ANTIOCH CA 94531 | BCBG MAX AZRIA GROUP, LLC | 1/23/2018 | 1174 | $ - | $ - | $ - | $ - | Unliquidated | Unliquidated | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. |
| ESTAR TEKSTIL<br>SEDA BULBUL<br>GEPOSB 6 CAD 61 SOK<br>GEBEZE, KOCAELI  41400 TURKEY | BCBG MAX AZRIA GROUP, LLC | 7/5/2017 | 1023 | $ - | $ - | $ - | $ - | $ 691.13 | Unliquidated | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. Scheduled amount survives. |
| LA- EAST BATON PARISH SHERIFF OFFICE<br>PO BOX 70<br>BATON ROUGE LA 70821 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 1/11/2018 | 1183 | $ - | $ - | $ - | $ - | $ 14,114.24 | $ 14,114.24 | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. |

**Schedule 2**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - LATE FILED CLAIMS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Total | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | | | |
| PR- MUNICIPALITY OF CANOVANAS NANCY PINERO PO BOX 1612 CANOVANAS PR 729 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 3/5/2018 | 1190 | $ - | $ - | $ - | $ 10,108.17 | $ - | | Unliquidated | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. |
| SC- SPARTANBURG COUNTY TAX COLLECTOR TINA CRAIG 366 N CHURCH ST STE 400 SPARTANBURG SC 29303 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 3/27/2018 | 1188 | $ 2,522.90 | $ - | $ - | $ - | $ - | | $ 2,522.90 | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. |
| WAX LTD INC WALTON GAGEL PO BOX 93985 LOS ANGELES CA 90093 | BCBG MAX AZRIA GROUP, LLC | 6/15/2017 | 982 | $ - | $ - | $ - | $ - | $ 4,000.00 | | $ 4,000.00 | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. Scheduled amount survives. |

# SCHEDULE 3

**Schedule 3**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - NO LIABILITY CLAIMS - BOOKS AND RECORDS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Total | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | | | |
| ADP LLC<br>MAYRA AGUIRRE<br>1851 N RESLER<br>EL PASO TX 79912 | BCBG MAX AZRIA GROUP, LLC | 6/19/2018 | 1193 | $ - | $ - | $ - | $ - | $ 196,693.64 | | $ 196,693.64 | Liability has been satisfied and expunged. Claim amends proof of claim 160 which has been satisfied pursuant to the 5th Notice of Claims Satisfied in Full [Docket No. 877]. |
| AL- BALDWIN COUNTY REVENUE<br>TEDDY J FAUST JR COMMISSIONER<br>PO BOX 1549<br>BAY MINETTE AL 36507-1549 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 4/2/2018 | 1187 | $ - | $ - | $ - | $ - | $0.00 | | $0.00 | Liability has been satisfied and expunged. Claim amends proof of claim 124 which has been satisfied pursuant to the 6th Notice of Claims Satisfied in Full [Docket No. 929]. |
| AL- KIM HASTIE REVENUE<br>COMMISSIONER<br>PO DRAWER 1169<br>MOBILE AL 36633-1169 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 1/16/2018 | 1173 | $ - | $ - | $ - | $ - | Unliquidated | | Unliquidated | Liability has been satisfied and expunged. Claim amends proof of claim 8 which withdrawn by Claimant [Docket No. 805]. No further amounts due as confirmed by Claimant's representative. |
| BOYLE*JUDITH<br>209 1/2 WASHINGTON AVE<br>GRAND HAVEN MI 49417-1356 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 6/8/2017 | 891 | $ - | $ - | $ - | $ - | Unliquidated | | Unliquidated | No record of claim existence in Debtors' books and records. |

**Schedule 3**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - NO LIABILITY CLAIMS - BOOKS AND RECORDS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | Total | |
| CA- CITY OF FRESNO YVONNE SPENCE CITY CLERK 2600 FRESNO ST RM 2133 FRESNO CA 93721 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 1/23/2018 | 1175 | $ - | $ - | $ - | $ 5,296.29 | $ - | $ 5,296.29 | Liability has been expunged. Claim amends proof of claim 595 which was reduced and reclassified to match the Debtors' books and records pursuant to the Order Granting the 16th Omnibus Objection [Docket No. 968]. Claim 595 survives. |
| CA- VENTURA COUNTY TAX COLLECTOR 800 SOUTH VICTORIA AVE VENTURA CA 93009-1290 | BCBG MAX AZRIA GROUP, LLC | 2/21/2018 | 1185 | $ - | $ - | $ - | $ - | Unliquidated | Unliquidated | Liability has been satisfied and expunged. Claim amends proof of claim 1097 which has been withdrawn by Claimant [Docket No. 844]. |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS ON BEHALF OF ITS AFFILIATES AND SUBSIDIARIES WILLIAM VERMETTE 22001 LOUDOUN COUNTY PKWY ASHBURN VA 20147 | BCBG MAX AZRIA GROUP, LLC | 4/25/2017 | 289 | $ - | $ - | $ - | $ - | $ 54,687.30 | $ 54,687.30 | Claimant has agreed to reduced amount. Claim is allowed at the reduced amount indicated. |
| COUNTY OF SONOMA CENTRAL COLLECTIONS SONOMA COUNTY DEPT OF AG WEIGHTS AND MEASURES 585 FISCAL DR RM 100 SANTA ROSA CA 95403 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 4/24/2017 | 304 | $ - | $ - | $ - | $ 319.50 | $ - | $ 319.50 | Claim Filed after Bar Date. Disallow per Article VII.(F) and (G) of the Plan. Scheduled amount survives. |

**Schedule 3**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - NO LIABILITY CLAIMS - BOOKS AND RECORDS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | Total | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | | |
| FL- HILLSBOROUGH COUNTY TAX COLLECTOR DOUG BELDEN PO BOX 30012 TAMPA FL 33630-3012 | BCBG MAX AZRIA GROUP, LLC | 1/24/2018 | 1178 | $ 5,703.57 | $ - | $ - | $ - | $ - | $ 5,703.57 | Liability has been satisfied and expunged. Claim amends proof of claim 1036 which has been satisfied pursuant to the 6th Notice of Claims Satisfied in Full [Docket No. 929]. |
| LA- JEFFERSON PARISH SHERIFFS OFFC NEWELL NORMAND SHERIFF AND EX OFFICIO TAX COLLECTOR 1233 WESTBANK EXPWY STE B428 HARVEY LA 70058 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 6/5/2017 | 728 | $ - | $ - | $ - | $ 389.64 | $ - | $ 389.64 | No balance outstanding per taxing authority's website. |
| NE- STATE TREASURER UNCLAIMED PROPERTY DIVISION MEAGHAN AGUIRRE 809 P ST LINCOLN NE 68508-1390 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 5/23/2017 | 555 | $ - | $ - | $ - | $ - | Unliquidated | $ - | No record of claim existence in Debtors' books and records. Documentation does not support claim. |
| OH- DEPT OF TAXATION BANKRUPTCY DIVISION PO BOX 530 COLUMBUS OH 43216 | MAX RAVE, LLC | 5/30/2017 | 623 | $ - | $ - | $ - | $ 2,174.13 | $ 5,679.75 | $ 7,853.88 | No record of claim existence in Debtors' books and records. |
| RICHAUDEAU*ASHLEY 10523 CALUMET DR SILVER SPRING MD 20901 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 6/8/2017 | 889 | $ - | $ - | $ - | $ 2,536.00 | $ - | $ 2,536.00 | No record of claim existence in Debtors' books and records. |
| SAKS AND COMPANY LLC AKA SAKS INC SAKS LORD AND TAYLOR LLC ET AL NICHOLAS SAINT-MARTIN 698 LAWRENCE AVE W TORONTO ON M6A 3A5 CANADA | BCBG MAX AZRIA GROUP, LLC | 6/9/2017 | 897 | $ - | $ - | $ - | $ - | Unliquidated | $ - | No record of claim existence in Debtors' books and records. |

**Schedule 3**

*ORDER GRANTING 18TH OMNIBUS OBJECTION - NO LIABILITY CLAIMS - BOOKS AND RECORDS*

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | Total | Basis for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | | |
| SAKS AND COMPANY LLC AKA SAKS INC LORD AND TAYLOR LLC ET AL NICHOLAS SAINT-MARTIN 698 LAWRENCE AVE W TORONTO ON M6A 3A5 CANADA | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 6/9/2017 | 898 | $ - | $ - | $ - | $ - | Unliquidated | $ - | No record of claim existence in Debtors' books and records. |
| SAKS INC AKA SAKS AND CO LLC LORD AND TAYLOR NICHOLAS SAINT-MARTIN 698 LAWRENCE AVE W TORONTO ON M6A 3A5 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 6/9/2017 | 896 | $ - | $ - | $ - | $ - | Unliquidated | $ - | No record of claim existence in Debtors' books and records. |
| TX- GOOSE CREEK CONS ISD AND LEE COLLEGE DIST REID STRICKLAND AND GILLETTE LLP 4544 I-10 EAST PO BOX 809 BAYTOWN TX 77522 | BCBG MAX AZRIA GROUP, LLC | 8/22/2017 | 1089 | $ 236.08 | $ - | $ - | $ - | $ - | $ 236.08 | No record of claim existence in Debtors' books and records. |
| TX- WOODLANDS ROAD UTILITY DISTRICT 1 PERDUE BRANDON FIELDER ET AL MICHAEL J DARLOW 1235 N LOOP WEST STE 600 HOUSTON TX 77008 | BCBG MAX AZRIA GROUP, LLC | 3/22/2017 | 75 | $ 1,518.70 | $ - | $ - | $ - | $ - | $ 1,518.70 | No record of claim existence in Debtors' books and records. |
| YOUNIS*JACQUELINE 3718 W 224 ST TORRANCE CA 90505 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 6/6/2017 | 732 | $ - | $ - | $ - | $ - | Unliquidated | Unliquidated | No record of claim existence in Debtors' books and records. No supporting documentation. |

# SCHEDULE 4

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | | Modified Amount | | | | | | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | Total | Secured | Administrative | 503(b) (9) | Priority | Unsecured | Modified Total | |
| CITY OF VERNON A/K/A VERNON GAS & ELECTRIC 4305 SANTA FE AVE VERNON CA 90058 | BCBG MAX AZRIA GROUP, LLC | 5/1/2017 | 314 | $ - | $ - | $ - | $ - | $ 199,348.25 | $ 199,348.25 | $ - | $ - | $ - | $ - | $ 94,012.20 | $ 94,012.20 | Does not match Debtor's books and records. |
| COLLECTION XIIX LTD RALPH BERGMAN 1370 BROADWAY NEW YORK NY 10018 | BCBG MAX AZRIA GROUP, LLC | 3/23/2017 | 100 | $ - | $ - | $ - | $ - | $2,731,270.00 | $2,731,270.00 | $ - | $ - | $ - | $ - | $ 1,374,966.63 | $ 1,374,966.63 | Does not match Debtor's books and records. Pre-petition claim reduced for pre-petition royalties owed to the Debtors. |
| HANA FINANCIAL INC WHITEFORD TAYLOR AND PRESTON LLC CHRISTOPHER M SAMIS 405 N KING ST STE 500 WILMINGTON DE 19801-3700 | BCBG MAX AZRIA GROUP, LLC | 8/11/2017 | 1069 | $ - | $ - | $ - | $ - | $ 1,883,923.99 | Unliquidated | $ - | $ - | $ - | $ - | $ 1,691,894.91 | $ 1,691,894.91 | Does not match Debtor's books and Records. |
| IRON MOUNTAIN INFORMATION MANAGEMENT LLC 1 FEDERAL ST 7TH FLR BOSTON MA 2110 | BCBG MAX AZRIA GROUP, LLC | 6/7/2017 | 765 | $ 7,840.00 | $ - | $ - | $ - | $ 244,464.28 | $ 252,304.28 | $ - | $ - | $ - | $ - | $ 244,464.28 | $ 244,464.28 | Priority amounts paid via check 418099 on 3/21/2018. |
| MEGA LINK INTERNATIONAL HOLDINGS LTD WHITEFORD TAYLOR AND PRESTON LLC CHRISTOPHER M SAMIS 405 N KING ST STE 500 | BCBG MAX AZRIA GROUP, LLC | 6/7/2017 | 752 | $ - | $ - | $ - | $ - | $ 4,819,582.28 | $ 4,819,582.28 | $ - | $ - | $ - | $ - | $ 1,756,888.37 | $ 1,756,888.37 | Does not match Debtor's books and records. |
| MS- DEPT OF REVENUE BANKRUPTCY SECTION POST OFFICE BOX 22808 JACKSON MS 39225-2808 | MAX RAVE, LLC | 3/17/2017 | 49 | $ - | $ - | $ - | $ 47.20 | $ 37,797.32 | $ 37,844.52 | $ - | $ - | $ - | $ - | $ 37,797.32 | $ 37,797.32 | Claim was reclassified pursuant to the Order Granting the 16th Omnibus Objection [Docket No. 968] Claim being reduced for priorioty portion |
| OR- CITY OF PORTLAND OFFICE OF THE CITY ATTORNEY 1221 SW 4TH AVE RM 430 PORTLAND OR 97204 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 4/4/2017 | 218 | $ - | $ - | $ - | $ 2,366.12 | $ 2,206.00 | $ 4,572.12 | $ - | $ - | $ - | $ - | $ 2,206.00 | $ 2,206.00 | Reduced for priority portion paid via check 150 on 5/18/2018 |
| PR- DEPT OF TREASURY BANKRUPTCY SECTION PO BOX 9024140 SAN JUAN 00902-4140 PUERTO RICO | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 5/23/2017 | 582 | $ - | $ - | $ - | $ 5.51 | $ 13,196.28 | $ 13,201.79 | $ - | $ - | $ - | $ - | $ 13,196.28 | $ 13,196.28 | Does not match Debtor's books and records. |

# SCHEDULE 5

| Name of Claimant | Debtor Name | Date Claim Filed | Claim Number | Asserted Claim Amount | | | | | Total | Modified Class | | | | | Modified Total | Basis for Reclassification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | 503(b)(9) | Priority | Unsecured | | Secured | Administrative | 503(b) (9) | Priority | Unsecured | | |
| CT- TOWN OF TRUMBULL VINCENT M MARINO ESQ COHEN AND WOLF PC 657 ORANGE CTR RD ORANGE CT 6477 | MAX RAVE, LLC | 5/16/2017 | 476 | $ - | $ - | $ - | $ 12,073.76 | $ - | $ 12,073.76 | $ - | $ - | $ - | $ - | $ 12,073.76 | $ 12,073.76 | Documentation does not provide sufficient evidence to support priority status. Reclassify to general unsecured. |
| CA- IMPERIAL COUNTY TREASURER TAX COLLECOR 23466 FLORA OROPEZA 940 W MAIN ST STE 106 EL CENTRO CA 92243 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 3/19/2018 | 1186 | $ 5,660.64 | $ - | $ - | $ 5,660.64 | $0.00 | $5,660.64 | $ - | $ - | $ - | $ - | $ 5,660.64 | $ 5,660.64 | No property upon which secured claim may attach. Not entitled to secured or priority status. Reclassify to general unsecured. |
| WASTE MANAGEMENT RMC JENNIFER AVILLA 2625 W GRANDVIEW STE 150 PHOENIX AZ 85023 | BCBG MAX AZRIA GLOBAL HOLDINGS, LLC | 8/28/2017 | 1099 | $ - | $ 5,161.37 | $ - | $ - | $ - | $ 5,161.37 | $ - | $ - | $ - | $ - | $ 5,161.37 | $ 5,161.37 | Claim was reduced pursuant to Docket No. 968. Claim not entitled to administrative status. Reclassify to general unsecured. |