## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>**RUNWAY LIQUIDATION HOLDINGS, LLC, et al.,**<br><br><br><br>**DEBTORS** | } **CASE NUMBER: 17-10466 (SCC)**<br>}<br>}<br>} **(Jointly Administered)**<br>}<br>} **CHAPTER 11** |

---

### DEBTOR'S POST CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
### FROM  <u>DECEMBER 29, 2018 TO MARCH 30, 2019</u>

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   <u>April 25, 2019</u>                         <u> /s/ Robert J. Feinstein</u>
                                                                                Attorney for Plan Administrator

Debtors Address
and Phone Number:
<u>Runway Liquidation Holdings LLC, et al,</u>
<u>2761 Fruitland Avenue</u>
<u>Vernon, CA 90058</u>
<u>Tel. (323) 589-2224</u>

Plan Administrator
<u>Dave MacGreevey</u>
<u>ALIXPARTNERS, LLP</u>
<u>909 Third Avenue</u>
<u>30th Floor, New York, NY 10022</u>

Debtor's Contact
<u>John Boken</u>
<u>ALIXPARTNERS, LLP</u>
<u>Chief Financial Officer</u>
<u>Tel. (213-234-3802)</u>

Attorney's Address
and Phone Number:
<u>Robert J. Feinstein, Esq.</u>
<u>Bradford J. Sandler, Esq</u>
<u>Steven W. Golden, Esq</u>
<u>PACHULSKI STANG ZIEHL & JONES LLP</u>
<u>780 Third Avenue, 34th Floor</u>
<u>New York, NY 10017</u>
<u>Bar No.</u>
<u>Tel. (212) 561-7700</u>

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| Type of Policy and Carrier | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| SEE ATTACHMENT 1-B | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
During the period covered by this Quarterly Operating Report, the Plan Administrator and his professionals have been actively engaged in a variety of activities associated with the wind down of the Post-Effective Date Debtors, including, among other activities, monetizing financial and tangible assets of the estate, managing and satisfying post-confirmation vendor obligations, resolving trailing issues relating to the transition of various business functions and activities to the parties who purchased assets pursuant to the Plan, reviewing, reconciling, and resolving claims, and determining the best course of action for various other open issues, including the disposition of unresolved litigation.

The Plan Administrator and his professionals have made good progress on all of the aforementioned activities during the period ended March 30, 2019. Nevertheless, given the complexity of the transition process, a significant volume of wind down issues, and the magnitude of filed claims in this case, the Plan Administrator currently assumes that his responsibilities on behalf of the Post-Effective Date Debtors and its creditors will not be substantially complete until some point in 2019.

**Estimated Date of Filing the Application for Final Decree:** _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 30th day of April, 2019

JOHN R. BOKEN
CHIEF FINANCIAL OFFICER
RUNWAY LIQUIDATION HOLDINGS, LLC, et al.

**QUARTERLY OPERATING REPORT -**                Pg 3 of 69                     **ATTACHMENT NO. 1 - A**
**POST CONFIRMATION**

| SIGNIFICANT ASSET SALES AND TRANSFERS | | |
|---|---|---|
| DATE | PURCHASE PRICE | ASSETS SOLD |
| | | |

One of the principal responsibilities of the Plan Administrator and his professionals is to monetize or dispose of all remaining assets of the Post-Effective Date Debtors. Certain assets and tangible personal property were not sold in connection with the asset sales approved in the Plan and thus remained as assets of the Post-Effective Date Debtors, to be monetized or disposed of by the Plan Administrator.

The relative value of the remaining tangible personal property of the Post-Effective Date Debtors is not material. Given the role and responsibilities of the Plan Administrator, the sale of any such remaining assets are considered ordinary course for purposes of this Quarterly Operating Report. For disclosure purposes, this attachment is intended to list all asset sales or transfers above that dollar threshold during the quarterly period ending March 30, 2019.

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1 - B**

| Confirmation of Insurance - Paid in Full Premiums | | | | | |
|---|---|---|---|---|---|
| Type of Policy | Carrier | Period of Coverage | Payment Amount | Frequency | Delinquency Amount |
| D&O / 3 year tail[1] | Chubb | 07/31/2018 to 07/31/2019 | $84,366.00 | Paid in full | N/A |

During the Reporting Period ended December 30, 2017, Runway Liquidation Holdings, LLC and its affiliated Post-Effective Date Debtors terminated all remaining employees and, at this point, no longer remain in possession of any material non-financial assets.  As a result, the Plan Administrator determined that certain insurance coverages could be allowed to expire and not be renewed without creating undue risk to the Post-Effective Date Debtors and the wind down process.  The Plan Administrator and his representatives have and will continue to evaluate whether additional insurance coverage (other than that coverage that remains in place as of the end of the Reporting Period), or further coordination with insurance providers is advisable and prudent.

**QUARTERLY OPERATING REPORT -**                                    **ATTACHMENT NO. 2**
**POST CONFIRMATION**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| |
|---|
| **Case Name:** <u>**In re: Runway Liquidation Holdings, LLC, et al.**</u> |
| **Case Number:** <u>**17-10466 (SCC)**</u> |
| **Date of Plan Confirmation:** <u>**July 31, 2017**</u> |

| | | **Quarterly** | **Post Confirmation Total** |
|---|---|---|---|
| 1. | **CASH (Beginning of Period - December 30, 2018 Opening)[1]** | $ 3,968,730.99 | $ 6,015,738.72 |
| 2. | **INCOME or RECEIPTS during the Period[2]** | 2,513,812.10 | 240,579,719.18 |
| | a. **GBG Receipts Held for Transfer** | (1,952.25) | (6,513.37) |
| | b. **Less: GBG Receipts Held for Transfer (Prior Period)** | - | |
| | c. **Amounts Charged-Back to GBG for GBG costs** | - | 1,059,524.93 |
| | | | |
| | **Total Receipts** | **6,480,590.84** | **247,648,469.46** |

| | | **Quarterly** | **Post Confirmation Total** |
|---|---|---|---|
| 3. | **DISBURSEMENTS** | | |
| | a. **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | (14,393.71) | (124,173.38) |
| | (ii) Federal Taxes | - | (2,861,519.04) |
| | (iii) State Taxes | (22,800.82) | (3,176,222.26) |
| | (iv) Other Taxes | - | (1,128,379.19) |
| | | | |
| | b. **All Other Operating Expenses:** | (1,142,176.68) | (134,231,319.92) |
| | | | |
| | c. **Plan Payments:** | | |
| | (i) Administrative Claims | (130,000.00) | (316,380.12) |
| | (ii) Class One - Secured Tax Claims | - | (63,449.75) |
| | (iii) Class Two - Other Secured Claims | - | (83,969,390.95) |
| | (iv) Class Three - Other Priority Claims | - | (255,374.19) |
| | (v) Class Four* - Term Loan New Tranche A Claims | - | - |
| | (vi) Cure Amounts | - | (5,337,962.54) |
| | (vii) Other Plan Payments | - | (10,281,962.10) |
| | | | |
| | **Total Disbursements (Operating & Plan)** | **(1,309,371.21)** | **(242,477,249.83)** |
| | | | |
| 4. | **CASH (End of Period - March 30, 2019)** | $ 5,171,219.63 | $ 5,171,219.63 |

**Notes:**
[1]**See Attachment No. 2A**
[2]**See Attachment No. 2B**

**QUARTERLY OPERATING REPORT -** **ATTACHMENT NO. 2A**
**POST CONFIRMATION**

The Amended Joint Plan of Reorganization (the "Plan") for BCBG Max Azria Global
Holdings, LLC and its Debtor Affiliates became effective on July 31, 2017 (the
"Effective Date").

This Quarterly Operating Report ("QOR") covers the period from December 30, 2018
through March 30, 2019. The starting date for the QOR is the first day of the
accounting month of January 2019 for Runway Liquidation Holdings, LLC et al. (fka
BCBG Max Azria Global Holdings, LLC) (the "Company" or the "Post-Effective Date
Debtors") and the day subsequent to the closing date of the December 2018 QOR filed
by the Company on February 28, 2019 (Docket 1124).

The Post-Effective Date Debtors have not yet completed the closing of the Company's
books and records for the monthly accounting periods ending January 26, 2019,
February 23, 2019 and March 30, 2019. As a result, this QOR does not include
comparative book balances for each of the existing bank accounts as of the end of the
January 2019, February 2019 and March 2019 periods on the attached bank account
reconciliation schedules. However, given the nature and timing of its post-Effective
Date disbursements, the Company believes that any reconciliation differences between
bank and book balances as of those month end dates are immaterial.

In the event that, after closing its books and records for the January 2019,
February 2019 and March 2019 periods, the Company identifies any material bank to
book reconciliation items for any of its accounts, the Plan Administrator may elect to
amend this QOR with any such information.

**QUARTERLY OPERATING REPORT -              ATTACHMENT NO. 2B**
**POST CONFIRMATION**

For this Reporting Period, the receipts and disbursements information presented at
Attachment 2 is net of cash received for the benefit of, and transferred to, Global Brands
Group ("GBG"). Any such receipts were not property of the Post-Effective Date
Debtors. In connection with the ongoing transition and unwinding of various complex
treasury functions and systems, certain GBG cash receipts and payments from customers
have continued to flow through the Post-Effective Date Debtors' accounts.

As of the period-end date of this QOR (March 30, 2019), the Post-Effective Date
Debtors were in possession of $6,513.37 of GBG receipts that were not property of the
Post-Effective Date Debtors and had not yet been transferred to GBG. This period-end
figure was a net increase of $1,952.25 from the amount of GBG receipts held for
transfer to GBG as of the prior QOR period end date of December 30, 2018 $(4,561.12).

\

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| Name of Bank: | Bank of America | Bank of America |
| Account Number: | XXXXXX4859 | XXXXXXX3453 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Runway Account | BCBG Concentration Account - BAML |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $2,194,928.81 | $2,676,356.18 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | Bank of America[1] | Wells Fargo |
| Account Number: | XXXXXXX3491 | XXXXXXX6546 |
| Purpose of Account (Operating/Payroll/Tax) | GUC Pool Account | Wells Fargo Concentration Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $900,000.00 | $87,865.79 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | TD | Bank of Hawaii |
| Account Number: | XXXXXXX2594 | XXXXXXX1887 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG - Store #415 | BCBG - Stores #406 & #777 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $452,297.45 | $24,531.06 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 7 | Account 8 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0300 | XXXXXXX0359 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Citadel | BCBG Factory, Carlsbad |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 9 | Account 10 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0466 | XXXXXXX0565 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Park City | BCBG, San Francisco |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 11 | Account 12 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0599 | XXXXXXX0714 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Sunset Plaza | BCBG, Venetian |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 13 | Account 14 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0748 | XXXXXXX0763 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Desert Passage@Aladdin | BCBG, Scottsdale Fashion Square |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 15 | Account 16 |
|---|---|---|
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX3651 | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Waikele | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 17 | Account 18 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0318 | XXXXXXX0334 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Cabazon | BCBG Factory, Camarillo |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 19 | Account 20 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0342 | XXXXXXX0375 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, San Marcos | BCBG Factory, Allen Premium |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

QUARTERLY OPERATING REPORT - ATTACHMENT NO. 3
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 21 | Account 22 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0656 | XXXXXXX0664 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Fashion Valley | BCBG, Houston Galleria |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 23 | Account 24 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0789 | XXXXXXX0862 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Stanford | BCBG, The Domain |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Bank Account Information | Account 25 | Account 26 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0870 | XXXXXXX0888 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Plaza El Segundo | BCBG, ABQ Uptown |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 10/27/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| Name of Bank: | PNC | PNC |
| Account Number: | XXXXXX4852 | XXXXXX4844 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Operations Account | GUC Trust Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $4,103,515.30 | $900,000.00 |
| | | |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | Bank of America | Bank of America |
| Account Number: | XXXXXX4859 | XXXXXXX3453 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Runway Account | BCBG Concentration Account - BAML |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
|  |  |  |
| Balance per Bank Statement (Closing Balance - 11/24/18) | Closed 1/29/19 | $75,212.23 |
|  |  |  |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 5 | 6 |
| Name of Bank: | Bank of America | Wells Fargo |
| Account Number: | XXXXXXX3491 | XXXXXXX6546 |
| Purpose of Account (Operating/Payroll/Tax) | GUC Pool Account | Wells Fargo Concentration Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | Closed 1/29/19 | $86,890.51 |
| | | |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account 7 | Account 8 |
|---|---|---|
| Name of Bank: | TD | Bank of Hawaii |
| Account Number: | XXXXXXX2594 | XXXXXXX1887 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG - Store #415 | BCBG - Stores #406 & #777 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $452,297.45 | $24,531.06 |
| | | |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 9 | 10 |
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0300 | XXXXXXX0359 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Citadel | BCBG Factory, Carlsbad |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 11 | 12 |
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0466 | XXXXXXX0565 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Park City | BCBG, San Francisco |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 13 | 14 |
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0599 | XXXXXXX0714 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Sunset Plaza | BCBG, Venetian |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 15 | 16 |
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0748 | XXXXXXX0763 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Desert Passage@Aladdin | BCBG, Scottsdale Fashion Square |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 17 | 18 |
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX3651 | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Waikele | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

17-10466-scc    Doc 1136    Filed 04/26/19    Entered 04/26/19 12:37:14    Main Document
Pg 30 of 69
QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
|  | 19 | 20 |
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0318 | XXXXXXX0334 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Cabazon | BCBG Factory, Camarillo |
| Type of Account (e.g. checking) | ZBA | ZBA |
|  |  |  |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
|  |  |  |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account | Account |
|---|---|---|
| | 21 | 22 |
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0342 | XXXXXXX0375 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, San Marcos | BCBG Factory, Allen Premium |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account 23 | Account 24 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0656 | XXXXXXX0664 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Fashion Valley | BCBG, Houston Galleria |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account 25 | Account 26 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0789 | XXXXXXX0862 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Stanford | BCBG, The Domain |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

QUARTERLY OPERATING REPORT - ATTACHMENT NO. 3
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Bank Account Information | Account 27 | Account 28 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0870 | XXXXXXX0888 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Plaza El Segundo | BCBG, ABQ Uptown |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 11/24/18) | $0.00 | $0.00 |
| | | |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
BANK ACCOUNT RECONCILIATIONS
MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| Name of Bank: | PNC | PNC |
| Account Number: | XXXXXX4852 | XXXXXX4844 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Operations Account | GUC Trust Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $3,707,888.88 | $900,000.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | Bank of America | Bank of America |
| Account Number: | XXXXXX4859 | XXXXXXX3453 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Runway Account | BCBG Concentration Account - BAML |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | Closed 1/29/19 | Closed 3/7/19 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | Bank of America | Wells Fargo |
| Account Number: | XXXXXXX3491 | XXXXXXX6546 |
| Purpose of Account (Operating/Payroll/Tax) | GUC Pool Account | Wells Fargo Concentration Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | Closed 1/29/19 | $86,890.51 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 7 | Account 8 |
|---|---|---|
| Name of Bank: | TD | Bank of Hawaii |
| Account Number: | XXXXXXX2594 | XXXXXXX1887 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG - Store #415 | BCBG - Stores #406 & #777 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $452,297.45 | $24,142.79 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 9 | Account 10 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0300 | XXXXXXX0359 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Citadel | BCBG Factory, Carlsbad |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 11 | Account 12 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0466 | XXXXXXX0565 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Park City | BCBG, San Francisco |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 13 | Account 14 |
|---|---|---|
| Name of Bank: | **Wells Fargo** | **Wells Fargo** |
| Account Number: | XXXXXXX0599 | XXXXXXX0714 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Sunset Plaza | BCBG, Venetian |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 15 | Account 16 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0748 | XXXXXXX0763 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Desert Passage@Aladdin | BCBG, Scottsdale Fashion Square |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 17 | Account 18 |
|---|---|---|
| Name of Bank: | **Bank of Hawaii** | **Bank of Hawaii** |
| Account Number: | XXXXXXX3651 | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Waikele | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 19 | Account 20 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0318 | XXXXXXX0334 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Cabazon | BCBG Factory, Camarillo |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 21 | Account 22 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0342 | XXXXXXX0375 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, San Marcos | BCBG Factory, Allen Premium |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 23 | Account 24 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0656 | XXXXXXX0664 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Fashion Valley | BCBG, Houston Galleria |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 25 | Account 26 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0789 | XXXXXXX0862 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Stanford | BCBG, The Domain |
| Type of Account (e.g. checking) | ZBA | ZBA |
|  |  |  |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Bank Account Information | Account 27 | Account 28 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXXX0870 | XXXXXXX0888 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG, Plaza El Segundo | BCBG, ABQ Uptown |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 12/29/18) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Name of Bank | PNC |
|---|---|
| Account Number | XXXXXX4852 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $       - |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Name of Bank | PNC |
|---|---|
| Account Number | XXXXXX4852 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 102 | 02/04/19 | US Trustee | Corporate | $    12,900.62 |
| 113 | 02/11/19 | Pachulski Stang Ziehl & Jones | Corporate | 223,252.97 |
| 123 | 02/13/19 | Marcum LLP | Corporate | 5,371.77 |
| 118 | 02/13/19 | Nevada Department Of Employment | Taxes & Licenses | 5,925.88 |
| 114 | 02/14/19 | State Of California - Franchise Tax Board | Taxes & Licenses | 250.00 |
| 125 | 02/14/19 | Sheppard Mullin Richter & Hamp | Corporate | 1,339.12 |
| 122 | 02/14/19 | Lewis Brisbois Bisgaard & Smit | Corporate | 10,169.00 |
| 120 | 02/14/19 | Pachulski Stang Ziehl & Jones | Corporate | 387,132.04 |
| 126 | 02/15/19 | Wisconsin Dept. Of Revenue | Taxes & Licenses | 50.00 |
| 108 | 02/15/19 | Kyriacou Mediation | Contractors | 8,150.00 |
| 105 | 02/15/19 | Donlin, Recano & Company, Inc. | Corporate | 23,553.54 |
| 121 | 02/19/19 | Williams Data Management | Corporate | 122.38 |
| 117 | 02/19/19 | Williams Data Management | Corporate | 127.38 |
| 107 | 02/19/19 | Indiana Department Of Revenue | Sales Tax | 250.00 |
| 109 | 02/19/19 | Lewis Brisbois Bisgaard & Smit | Corporate | 2,689.91 |
| 124 | 02/19/19 | CT Corporation | Contractors | 9,039.36 |
| 116 | 02/20/19 | Vermont Dept. Of Taxes | Taxes & Licenses | 128.21 |
| 104 | 02/20/19 | Correa Acevedo | Legal | 675.00 |
| 106 | 02/20/19 | IL Department Of Employment Security | Taxes & Licenses | 2,227.33 |
| 115 | 02/21/19 | Tennessee Department Of Revenue | Taxes & Licenses | 400.00 |
| 119 | 02/21/19 | NYS Dept Of Taxation And Finance | Taxes & Licenses | 3,915.34 |
| 111 | 02/22/19 | Municipality Of San Juan | Taxes & Licenses | 6,000.00 |
| | | | TOTAL | $    703,669.85 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | PNC |
|---|---|
| **Account Number** | XXXXXX4852 |
| **Purpose of Account (Operating/Payroll/Personal)** | Accounts Payable - Controlled Disbursements |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 02/25/19 | Citco Nederland B.V. Naritaweg | Corporate | $    1,891.55 |
| Wire Transfer | 02/25/19 | Sesame Avocats AARP | Corporate | 2,730.00 |
| Wire Transfer | 02/25/19 | Rydan Security And Investigations | Corporate | 8,745.47 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Name of Bank | Bank of America |
|---|---|
| Account Number | XXXXXX4859 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $        - |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| | |
|---|---|
| **Name of Bank** | Bank of America |
| **Account Number** | XXXXXX4859 |
| **Purpose of Account (Operating/Payroll/Personal)** | Accounts Payable - Controlled Disbursements |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $          - |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | Bank of America |
|---|---|
| Account Number | XXXXXX4859 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $           - |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Name of Bank | Bank of America |
|---|---|
| Account Number | XXXXXX3453 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG Concentration Account - BAML |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 01/18/19 | Rigano LLC | Corporate | $ 130,000.00 |
| Wire Transfer | 01/15/19 | Analysis Charge December | Corporate | 1,480.15 |
| | | | TOTAL | $ 131,480.15 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Name of Bank | Bank of America |
|---|---|
| **Account Number** | XXXXXX3453 |
| **Purpose of Account (Operating/Payroll/Personal)** | BCBG Concentration Account - BAML |
| **Type of Account (e.g., Checking)** | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 02/15/19 | Analysis Charge January | Corporate | $    1,143.95 |
| | | | TOTAL | $    1,143.95 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | Bank of America |
|---|---|
| **Account Number** | XXXXXX3453 |
| **Purpose of Account (Operating/Payroll/Personal)** | BCBG Concentration Account - BAML |
| **Type of Account (e.g., Checking)** | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 03/06/19 | Bank of America Legal Order | Corporate | $   5,624.01 |
| Wire Transfer | 03/06/19 | Bank of America Legal Order | Corporate | 125.00 |
| | | | TOTAL | $   5,749.01 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| | |
|---|---|
| **Name of Bank** | Bank of America |
| **Account Number** | XXXXXX3491 |
| **Purpose of Account (Operating/Payroll/Personal)** | GUC Pool Account |
| **Type of Account (e.g., Checking)** | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $        - |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Name of Bank | Bank of America |
|---|---|
| **Account Number** | XXXXXX3491 |
| **Purpose of Account (Operating/Payroll/Personal)** | GUC Pool Account |
| **Type of Account (e.g., Checking)** | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $          - |

Account Closed on 1/29/19

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | Bank of America |
|---|---|
| Account Number | XXXXXX3491 |
| Purpose of Account (Operating/Payroll/Personal) | GUC Pool Account |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $      - |

Account Closed on 1/29/19

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| | |
|---|---|
| **Name of Bank** | Wells Fargo |
| **Account Number** | XXXXXX6546 |
| **Purpose of Account (Operating/Payroll/Personal)** | Wells Fargo Concentration Account |
| **Type of Account (e.g., Checking)** | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $          - |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | XXXXXX6546 |
| Purpose of Account (Operating/Payroll/Personal) | Wells Fargo Concentration Account |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $        - |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | XXXXXX6546 |
| Purpose of Account (Operating/Payroll/Personal) | Wells Fargo Concentration Account |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $          - |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| | |
|---|---|
| **Name of Bank** | TD |
| **Account Number** | XXXXXX2594 |
| **Purpose of Account (Operating/Payroll/Personal)** | TD Bank - Store #415 |
| **Type of Account (e.g., Checking)** | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $        - |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| | |
|---|---|
| **Name of Bank** | TD |
| **Account Number** | XXXXXX2594 |
| **Purpose of Account (Operating/Payroll/Personal)** | TD Bank - Store #415 |
| **Type of Account (e.g., Checking)** | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $           - |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | TD |
|---|---|
| Account Number | XXXXXX2594 |
| Purpose of Account (Operating/Payroll/Personal) | TD Bank - Store #415 |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $        - |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**

**JANUARY 2019 ACCOUNTING PERIOD - DECEMBER 30, 2018 THROUGH JANUARY 26, 2019**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 01/25/19 | Bank of Hawaii | Account Analysis Fees | $    193.85 |
| | | | TOTAL | $    193.85 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2019 ACCOUNTING PERIOD - JANUARY 27, 2019 THROUGH FEBRUARY 23, 2019**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | No disbursements to report | | |
| | | | TOTAL | $          - |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
MARCH 2019 ACCOUNTING PERIOD - FEBRUARY 24, 2019 THROUGH MARCH 30, 2019**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Wire Transfer | 02/26/19 | Bank of Hawaii | Account Analysis Fees | $ | 193.89 |
| Wire Transfer | 03/26/19 | Bank of Hawaii | Account Analysis Fees | | 194.38 |
| | | | TOTAL | $ | 388.27 |