Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
**RUNWAY LIQUIDATION**                        :    Case No. 17-10466 (SCC)
**HOLDINGS, LLC, et al.,**[1]                 :
                                              :    Jointly Administered
            Debtors.                          :
---------------------------------------------------------------x

## NOTICE OF CONTINUANCE

**PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York (the "Court"), in Room 623, One Bowling Green, New York, New York 10004-1408 on **October 2, 2019 at 2:00 p.m. (prevailing Eastern Time)** is continued to **October 24, 2019 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing") with respect to the following matters:

- *Plan Administrator's Nineteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Late Filed, No Liability and Reduce)* [Docket No. 1163] (the "Nineteenth Omnibus Objection"), solely with respect to the Claimants and Claims listed on **Exhibit A** hereto; and

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_LA:324731.1

**PLEASE TAKE FURTHER NOTICE** that the time to respond or otherwise object to the Nineteenth Omnibus Objection has been extended to **October 17, 2019 at 4:00 p.m. (ET)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in the event no response to the Nineteenth Omnibus Objection is received on or before the Response Deadline, the Court may enter and order sustaining the Nineteenth Omnibus Objection without a hearing.

Dated: September 27, 2019

                                      PACHULSKI STANG ZIEHL & JONES LLP

                                      */s/ Beth E. Levine*
                                      Robert J. Feinstein, Esq.
                                      Bradford J. Sandler, Esq.
                                      Beth E. Levine, Esq.
                                      Steven W. Golden, Esq.
                                      780 Third Avenue, 34th Floor
                                      New York, NY 10017
                                      Telephone:  (212) 561-7700
                                      Facsimile:  (212) 561-7777

                                      *Counsel to the Plan Administrator*

# **EXHIBIT A**

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| CANTU, DANIEL | 877 | Schedule 3, No Liability |
| FEDERAL INSURANCE CO. | 821 | Schedule 3, No Liability |
| FEDERAL INSURANCE CO. | 822 | Schedule 3, No Liability |
| FEDERAL INSURANCE CO. | 823 | Schedule 3, No Liability |
| FEDERAL INSURANCE CO. | 824 | Schedule 3, No Liability |
| FEDERAL INSURANCE CO. | 825 | Schedule 3, No Liability |
| TRADE HARVEST INDUSTRIAL LIMITED | 767 | Schedule 4, Reduce |