Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **RUNWAY LIQUIDATION** | : | **Case No. 17-10466 (SCC)** |
| **HOLDINGS, LLC, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

-------------------------------------------------------------x

## NOTICE OF CONTINUANCE

     **PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Shelley C.

Chapman of the United States Bankruptcy Court for the Southern District of New York (the

"Court"), in Room 623, One Bowling Green, New York, New York 10004-1408 on **October 24,**

**2019 at 2:00 p.m. (prevailing Eastern Time)** is continued to **December 4, 2019 at 2:00 p.m.**

**(prevailing Eastern Time)** (the "Hearing") with respect to the following matters:

- *Plan Administrator's Fifteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Reduce and Reclassify/Reduce)* [Docket No. 879] (the "Fifteenth Omnibus Objection"), solely with respect to the Claimant and Claim listed on **Exhibit A** hereto; and

- *Plan Administrator's Sixteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, No Liability, Reduce, Reclassify and Reclassify/Reduce)* [Docket

---

[1]   A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax  identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

No. 930], (the "Sixteenth Omnibus Objection") solely with respect to the Claimant and Claim listed on **Exhibit B** hereto.

- *Plan Administrator's Nineteenth Omnibus (Non-Substantive) Objection to Certain Claims (Amended, Late Filed, No Liability and Reduce)* [Docket No. 1163] (the "Nineteenth Omnibus Objection"), solely with respect to the Claimant and Claim listed on **Exhibit C** hereto; and

**PLEASE TAKE FURTHER NOTICE** that the time to respond or otherwise object to the Fifteenth Omnibus Objection, the Sixteenth Omnibus Objection and/or the Nineteenth Omnibus Objection has been extended to **November 27, 2019 at 4:00 p.m. (ET)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in the event no response to the Fifteenth Omnibus Objection, the Sixteenth Omnibus Objection and/or the Nineteenth Omnibus Objection is received on or before the Response Deadline, the Court may enter and order sustaining the Nineteenth Omnibus Objection without a hearing.

Dated: October 22, 2019

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Steven W. Golden*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
Steven W. Golden, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

2

DOCS_SF:102104.1

## EXHIBIT A

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| TN- DEPT OF REVENUE | 654 | 15th Omni – Schedule 2 Reduce |

**EXHIBIT B**

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| PA- CITY OF PHILADELPHIA SCHOOL DISTRICT | 133 | 16th Omni – Schedule 2 No Liability |

**EXHIBIT C**

| CLAIMANT | CLAIM NO. | OMNIBUS OBJECTION SCHEDULE |
|---|---|---|
| TRADE HARVEST INDUSTRIAL LIMITED | 767 | 19th Omni - Schedule 4 Reduce |