**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>**RUNWAY LIQUIDATION HOLDINGS, LLC, et al.,** | } **CASE NUMBER: 17-10466 (SCC)**<br>}<br>}<br>} **(Jointly Administered)**<br>} |
| **DEBTORS** | } **CHAPTER 11** |

---

### DEBTOR'S POST CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
### FROM  JUNE 30, 2019 TO SEPTEMBER 28, 2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   10/31/19            _/s/ Robert J. Feinstein_____
                             Attorney for Plan Administrator

Debtors Address                          Attorney's Address
and Phone Number:                        and Phone Number:
Runway Liquidation Holdings LLC, et al,   Robert J. Feinstein, Esq.
PO Box 3919                              Bradford J. Sandler, Esq
New York, NY 10163                       Steven W. Golden, Esq
Tel. (213) 234-3803                      PACHULSKI STANG ZIEHL & JONES LLP
                                         780 Third Avenue, 34th Floor
Plan Administrator                       New York, NY 10017
Dave MacGreevey                          Bar No. _____
ALIXPARTNERS, LLP                        Tel. (212) 561-7700
909 Third Avenue
28th Floor, New York, NY 10022

Debtor's Contact
John Boken
ALIXPARTNERS, LLP
Chief Financial Officer
Tel. (213-234-3802)

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| Type of Policy and Carrier | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| SEE ATTACHMENT 1-B | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

During the period covered by this Quarterly Operating Report, the Plan Administrator and his professionals have been engaged in a variety of activities associated with the wind down of the Post-Effective Date Debtors, including, among other activities, monetizing financial and tangible assets of the estate, managing and satisfying post-confirmation vendor obligations, reviewing, reconciling, and resolving claims, and determining the best course of action for various other open issues, including the disposition of unresolved litigation.

The Plan Administrator and his professionals have made progress on all of the aforementioned activities during the period ended September 28, 2019. Nevertheless, given the complexity of the transition process, a significant volume of wind down issues, and the magnitude of filed claims in this case, the Plan Administrator currently assumes that his responsibilities on behalf of the Post-Effective Date Debtors and its creditors will carry over until some point in 2020.

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 31st day of October, 2019

JOHN R. BOKEN
CHIEF FINANCIAL OFFICER
RUNWAY LIQUIDATION HOLDINGS, LLC, et al.

| SIGNIFICANT ASSET SALES AND TRANSFERS | | |
|---|---|---|
| DATE | PURCHASE PRICE | ASSETS SOLD |
|  |  |  |

One of the principal responsibilities of the Plan Administrator and his professionals is to monetize or dispose of all remaining assets of the Post-Effective Date Debtors. Certain assets and tangible personal property were not sold in connection with the asset sales approved in the Plan and thus remained as assets of the Post-Effective Date Debtors, to be monetized or disposed of by the Plan Administrator.

The relative value of the remaining tangible personal property of the Post-Effective Date Debtors is not material. Given the role and responsibilities of the Plan Administrator, the sale of any such remaining assets are considered ordinary course for purposes of this Quarterly Operating Report.

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1 - B**

| Confirmation of Insurance - Paid in Full Premiums | | | | | |
|---|---|---|---|---|---|
| **Type of Policy** | **Carrier** | **Period of Coverage** | **Payment Amount** | **Frequency** | **Delinquency Amount** |
| D&O / 3 year tail | Chubb | 07/31/2019 to 01/31/2020 | $25,800.00 | Paid in full | N/A |

During the Reporting Period ended December 30, 2017, Runway Liquidation Holdings, LLC and its affiliated Post-Effective Date Debtors terminated all remaining employees and, at this point, no longer remain in possession of any material non-financial assets.  As a result, the Plan Administrator determined that certain insurance coverages could be allowed to expire and not be renewed without creating undue risk to the Post-Effective Date Debtors and the wind down process.  The Plan Administrator and his representatives have and will continue to evaluate whether additional insurance coverage (other than that coverage that remains in place as of the end of the Reporting Period), or further coordination with insurance providers, is advisable and prudent.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**                                    **ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** In re: Runway Liquidation Holdings, LLC, et al.
**Case Number:** 17-10466 (SCC)
**Date of Plan Confirmation:** July 31, 2017

|  | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period - June 30, 2018 Opening)**[1] | $ 4,540,094.18 | $ 6,015,738.72 |
| 2. | **INCOME or RECEIPTS during the Period**[2] | 525,588.48 | 241,323,715.84 |
| a. | **GBG Receipts Held for Transfer** | - | (7,492.04) |
| b. | **Less: GBG Receipts Held for Transfer (Prior Period)** | - | |
| c. | **Amounts Charged-Back to GBG for GBG costs** | - | 1,059,524.93 |
| | | - | |
| | **Total Receipts** | 5,065,682.66 | 248,391,487.45 |

| 3. | **DISBURSEMENTS** | | |
|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i)   U.S. Trustee Quarterly Fees | (9,580.27) | (143,539.20) |
| | (ii)  Federal Taxes | - | (2,861,819.04) |
| | (iii) State Taxes | - | (3,182,749.32) |
| | (iv) Other Taxes | - | (1,128,379.19) |
| | | | |
| b. | **All Other Operating Expenses:** | (741,478.32) | (135,792,062.69) |
| | | | |
| c. | **Plan Payments:** | | |
| | (i)   Administrative Claims | (76,968.60) | (398,593.12) |
| | (ii)  Class One - Secured Tax Claims | - | (63,449.75) |
| | (iii) Class Two - Other Secured Claims | - | (83,969,390.95) |
| | (iv) Class Three - Other Priority Claims | - | (262,807.69) |
| | (v)  Class Four* - Term Loan New Tranche A Claims | - | - |
| | (vi) Cure Amounts | - | (5,337,962.54) |
| | (vii) Other Plan Payments | - | (10,281,962.10) |
| | | | |
| | **Total Disbursements (Operating & Plan)** | (828,027.19) | (244,153,831.98) |
| 4. | **CASH (End of Period - September 28, 2019)** | $ 4,237,655.47 | $ 4,237,655.47 |

Notes:
[1] See Attachment No. 2A
[2] See Attachment No. 2B

The Amended Joint Plan of Reorganization (the "Plan") for BCBG Max Azria Global Holdings, LLC and its Debtor Affiliates became effective on July 31, 2017 (the "Effective Date").

This Quarterly Operating Report ("QOR") covers the period from June 30, 2019 through September 28, 2019.  The starting date for the QOR is the first day of the accounting month of July 2019 for Runway Liquidation Holdings, LLC et al. (fka BCBG Max Azria Global Holdings, LLC) (the "Company" or the "Post-Effective Date Debtors") and the day subsequent to the closing date of the June 2019 QOR filed by the Company on July 31, 2019 (Docket 1156).

The Post-Effective Date Debtors have not yet completed the closing of the Company's books and records for the monthly accounting periods ending July 27, 2019, August 31, 2019 and September 28, 2019.  As a result, this QOR does not include comparative book balances for each of the existing bank accounts as of the end of the July 2019, August 2019 and September 2019 periods on the attached bank account reconciliation schedules.  However, given the nature and timing of its post-Effective Date disbursements, the Company believes that any reconciliation differences between bank and book balances as of those month end dates are immaterial.

In the event that, after closing its books and records for the July 2019, August 2019 and September 2019 periods, the Company identifies any material bank to book reconciliation items for any of its accounts, the Plan Administrator may elect to amend this QOR with any such information.

**QUARTERLY OPERATING REPORT -** **ATTACHMENT NO. 2B**
**POST CONFIRMATION**

For this Reporting Period, the receipts and disbursements information presented at
Attachment 2 is net of cash received for the benefit of, and transferred to, Global Brands
Group ("GBG"), the entity that acquired the principal assets of BCBG. Any such
receipts were not property of the Post-Effective Date Debtors. In connection with the
ongoing transition and unwinding of various complex treasury functions and systems,
certain GBG cash receipts and payments from customers continued to flow through the
Post-Effective Date Debtors' accounts through the quarter ended June 29, 2019.

As of the period-end date of this QOR (September 28, 2019), the Post-Effective Date
Debtors were in possession of $7,492.04 of GBG receipts that were not property of the
Post-Effective Date Debtors and had not yet been transferred to GBG. This period-end
figure was equal to the amount of GBG receipts held for transfer to GBG as of the prior
QOR period end date of June 29, 2019.

\

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| Name of Bank: | PNC | PNC |
| Account Number: | XXXXXX4852 | XXXXXX4844 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Operations Account | GUC Trust Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 07/27/19) | $3,156,251.99 | $900,000.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | PNC | TD |
| Account Number: | XXXXXX9565 | XXXXXXX2594 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Account | BCBG - Store #415 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 07/27/19) | $85,911.84 | $449,707.06 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX1887 | XXXXXXX3651 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG - Stores #406 & #777 | BCBG Factory, Waikele |
| Type of Account (e.g. checking) | Business Checking | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 07/27/19) | $23,366.83 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Bank Account Information | Account 7 |
|---|---|
| Name of Bank: | Bank of Hawaii |
| Account Number: | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA |
| | |
| Balance per Bank Statement (Closing Balance - 07/27/19) | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| **Name of Bank:** | PNC | PNC |
| **Account Number:** | XXXXXX4852 | XXXXXX4844 |
| **Purpose of Account (Operating/Payroll/Tax)** | Estate Operations Account | GUC Trust Account |
| **Type of Account (e.g. checking)** | Business Checking | Business Checking |
| | | |
| **Balance per Bank Statement (Closing Balance - 08/31/19)** | $2,977,967.43 | $900,000.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | PNC | TD |
| Account Number: | XXXXXX9565 | XXXXXXX2594 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Account | BCBG - Store #415 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 08/31/19) | $85,911.84 | $449,336.89 |

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX1887 | XXXXXXX3651 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG - Stores #406 & #777 | BCBG Factory, Waikele |
| Type of Account (e.g. checking) | Business Checking | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 08/31/19) | $23,172.82 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Bank Account Information | Account 7 |
|---|---|
| Name of Bank: | Bank of Hawaii |
| Account Number: | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA |
| | |
| Balance per Bank Statement (Closing Balance - 08/31/19) | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| **Name of Bank:** | PNC | PNC |
| **Account Number:** | XXXXXX4852 | XXXXXX4844 |
| **Purpose of Account (Operating/Payroll/Tax)** | Estate Operations Account | GUC Trust Account |
| **Type of Account (e.g. checking)** | Business Checking | Business Checking |
| | | |
| **Balance per Bank Statement (Closing Balance - 09/28/19)** | $2,779,798.16 | $900,000.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | PNC | TD |
| Account Number: | XXXXXX9565 | XXXXXXX2594 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Account | BCBG - Store #415 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
|  |  |  |
| Balance per Bank Statement (Closing Balance - 09/28/19) | $85,911.84 | $448,966.66 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX1887 | XXXXXXX3651 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG - Stores #406 & #777 | BCBG Factory, Waikele |
| Type of Account (e.g. checking) | Business Checking | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 09/28/19) | $22,978.81 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Bank Account Information | Account 7 |
|---|---|
| Name of Bank: | Bank of Hawaii |
| Account Number: | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA |
| | |
| Balance per Bank Statement (Closing Balance - 09/28/19) | $0.00 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Name of Bank | PNC |
|---|---|
| Account Number | XXXXXX4852 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | | Amount |
|---|---|---|---|---|---|
| Wire Transfer | 07/05/19 | Sesame Avocats AARP | Corporate | $ | 8,295.00 |
| Wire Transfer | 07/05/19 | AlixPartners | Corporate | | 31,242.29 |
| 166 | 07/16/19 | Donlin, Recano & Company, Inc. | Corporate | | 6,991.84 |
| 168 | 07/17/19 | Williams Data Management | Corporate | | 140.05 |
| Wire Transfer | 07/19/19 | AlixPartners | Corporate | | 24,201.71 |
| 167 | 07/22/19 | Lewis Brisbois Bisgaard & Smith | Corporate | | 2,924.50 |
| 152 | 07/22/19 | Macerich La Cumbre LLC | Corporate | | 9,322.91 |
| 157 | 07/24/19 | TM Wellington Green Mall LP | Corporate | | 11,606.06 |
| 153 | 07/25/19 | Somerset Collection LP | Corporate | | 436.18 |
| | | | TOTAL | $ | 95,160.54 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Name of Bank | PNC |
|---|---|
| Account Number | XXXXXX4852 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 171 | 07/29/19 | TRG IMP, LLC #777 | Rents | $    6,039.63 |
| 170 | 07/29/19 | Pachulski Stang Ziehl & Jones | Corporate | 281,429.60 |
| Wire Transfer | 07/31/19 | PNC Bank Fee | Corporate | 263.03 |
| 169 | 07/31/19 | CT Corporation | Contractors | 3,532.00 |
| 172 | 08/01/19 | US Trustee | Corporate | 9,785.55 |
| Wire Transfer | 08/22/19 | Citco Nederland B.V. Naritaweg | Corporate | 6,389.77 |
| Wire Transfer | 08/22/19 | AlixPartners | Corporate | 50,712.40 |
| 176 | 08/29/19 | Pachulski Stang Ziehl & Jones | Corporate | 122,294.52 |
| Wire Transfer | 08/30/19 | PNC Bank Fee | Corporate | 338.06 |
| | | | TOTAL | $    480,784.56 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Name of Bank | PNC |
|---|---|
| **Account Number** | XXXXXX4852 |
| **Purpose of Account (Operating/Payroll/Personal)** | Accounts Payable - Controlled Disbursements |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 177 | 09/04/19 | Williams Data Management | Corporate | $       164.96 |
| 175 | 09/06/19 | Lockton Insurance Brokers, LLC | Business Insurance | 29,309.00 |
| 173 | 09/09/19 | Donlin, Recano & Company, Inc. | Corporate | 7,036.57 |
| 174 | 09/10/19 | Lewis Brisbois Bisgaard & Smith | Corporate | 5,523.14 |
| Wire Transfer | 09/20/19 | Citco Nederland B.V. Naritaweg | Corporate | 7,309.07 |
| 180 | 09/25/19 | Rigano LLC | Corporate | 50,000.00 |
| 179 | 09/27/19 | Pachulski Stang Ziehl & Jones | Corporate | 148,826.53 |
|  |  |  | TOTAL | $   248,169.27 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Name of Bank | TD |
|---|---|
| Account Number | XXXXXX2594 |
| Purpose of Account (Operating/Payroll/Personal) | TD Bank - Store #415 |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | Various | TD Bank | Service Charges (January - June) | 2,218.06 |
| Wire Transfer | 07/15/19 | TD Bank | Service Charge | 372.33 |
| | | | TOTAL | $   2,590.39 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Name of Bank | TD |
|---|---|
| Account Number | XXXXXX2594 |
| Purpose of Account (Operating/Payroll/Personal) | TD Bank - Store #415 |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 08/15/19 | TD Bank | Service Charge | 370.17 |
| | | | TOTAL | $    370.17 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Name of Bank | TD |
|---|---|
| Account Number | XXXXXX2594 |
| Purpose of Account (Operating/Payroll/Personal) | TD Bank - Store #415 |
| Type of Account (e.g., Checking) | Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 09/16/19 | TD Bank | Service Charge | 370.23 |
| | | | TOTAL | $      370.23 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT
CASH DISBURSEMENT DETAILS
JULY 2019 ACCOUNTING PERIOD - JUNE 30, 2018 THROUGH JULY 27, 2019**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Wire Transfer | 07/24/19 | Bank of Hawaii | Account Analysis Fees | 194.01 | |
| | | | TOTAL | $ | 194.01 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**AUGUST 2019 ACCOUNTING PERIOD - JULY 27, 2019 THROUGH AUGUST 31, 2019**

| Name of Bank | Bank of Hawaii |
|---|---|
| **Account Number** | XXX1887 |
| **Purpose of Account (Operating/Payroll/Personal)** | BCBG - Stores #406 & #777 |
| **Type of Account (e.g., Checking)** | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 08/26/19 | Bank of Hawaii | Account Analysis Fees | 194.01 |
| | | | TOTAL | $ 194.01 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**SEPTEMBER 2019 ACCOUNTING PERIOD - SEPTEMBER 1, 2019 THROUGH SEPTEMBER 28, 2019**

| Name of Bank | Bank of Hawaii |
|---|---|
| **Account Number** | XXX1887 |
| **Purpose of Account (Operating/Payroll/Personal)** | BCBG - Stores #406 & #777 |
| **Type of Account (e.g., Checking)** | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 09/24/19 | Bank of Hawaii | Account Analysis Fees | 194.01 |
| | | | TOTAL | $    194.01 |