## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | } CASE NUMBER: 17-10466 (SCC) |
| RUNWAY LIQUIDATION HOLDINGS, LLC, et al., | } |
| | } |
| | } (Jointly Administered) |
| | } |
| DEBTORS | } CHAPTER 11 |

---

### DEBTOR'S POST CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
### FROM <u>DECEMBER 29, 2019 TO MARCH 28, 2020</u>

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   <u>   April 30, 2020   </u>          

<u>   /s/ Robert J. Feinstein   </u>
Attorney for Plan Administrator

Debtors Address
and Phone Number:
<u>Runway Liquidation Holdings LLC, et al,</u>
<u>PO Box 3919</u>
<u>New York, NY 10163</u>
<u>Tel. (213) 234-3803</u>

Plan Administrator
<u>Dave MacGreevey</u>
<u>ALIXPARTNERS, LLP</u>
<u>909 Third Avenue</u>
<u>28th Floor, New York, NY 10022</u>

Debtor's Contact
<u>John Boken</u>
<u>ALIXPARTNERS, LLP</u>
<u>Chief Financial Officer</u>
<u>Tel. (213-234-3802)</u>

Attorney's Address
and Phone Number:
<u>Robert J. Feinstein, Esq.</u>
<u>Bradford J. Sandler, Esq</u>
<u>Steven W. Golden, Esq</u>
<u>PACHULSKI STANG ZIEHL & JONES LLP</u>
<u>780 Third Avenue, 34th Floor</u>
<u>New York, NY 10017</u>
<u>Bar No.                              </u>
<u>Tel. (212) 561-7700</u>

QUARTERLY OPERATING REPORT - POST CONFIRMATION

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | | N/A |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| Type of Policy and Carrier | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| SEE ATTACHMENT 1-B | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

During the period covered by this Quarterly Operating Report, the Plan Administrator and his professionals have been engaged in a variety of activities associated with the wind down of the Post-Effective Date Debtors, including, among other activities, monetizing financial and tangible assets of the estate, managing and satisfying post-confirmation vendor obligations, reviewing, reconciling, and resolving claims, and determining the best course of action for various other open issues, including the disposition of unresolved litigation.

The Plan Administrator and his professionals have made progress on all of the aforementioned activities during the period ended March 28, 2020.  Nevertheless, given the complexity of the transition process, a significant volume of wind down issues, and the magnitude of filed claims in this case, the Plan Administrator currently assumes that his responsibilities on behalf of the Post-Effective Date Debtors and its creditors will conclude until late 2020.

**Estimated Date of Filing the Application for Final Decree: _____**

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 30th day of April, 2020

JOHN R. BOKEN
CHIEF FINANCIAL OFFICER
RUNWAY LIQUIDATION HOLDINGS, LLC, et al.

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 1 - A**

| SIGNIFICANT ASSET SALES AND TRANSFERS | | |
|---|---|---|
| DATE | PURCHASE PRICE | ASSETS SOLD |
|  |  |  |

One of the principal responsibilities of the Plan Administrator and his professionals is to monetize or dispose of all remaining assets of the Post-Effective Date Debtors. Certain assets and tangible personal property were not sold in connection with the asset sales approved in the Plan and thus remained as assets of the Post-Effective Date Debtors, to be monetized or disposed of by the Plan Administrator.

The relative value of the remaining tangible personal property of the Post-Effective Date Debtors is not material. Given the role and responsibilities of the Plan Administrator, the sale of any such remaining assets are considered ordinary course for purposes of this Quarterly Operating Report.

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**                                              **ATTACHMENT NO. 1 - B**

| Confirmation of Insurance - Paid in Full Premiums | | | | | |
|---|---|---|---|---|---|
| **Type of Policy** | **Carrier** | **Period of Coverage** | **Payment Amount** | **Frequency** | **Delinquency Amount** |
| D&O / 3 year tail | Chubb | 07/31/2019 to 01/31/2020 | $25,800.00 | Paid in full | N/A |
| D&O / 3 year tail | Chubb | 01/31/2020 to 01/31/2021 | $51,625.00 | Paid in full | N/A |

During the Reporting Period ended December 30, 2017, Runway Liquidation Holdings, LLC and its affiliated Post-Effective Date Debtors terminated all remaining employees and, at this point, no longer remain in possession of any material non-financial assets.  As a result, the Plan Administrator determined that certain insurance coverages could be allowed to expire and not be renewed without creating undue risk to the Post-Effective Date Debtors and the wind down process.  The Plan Administrator and his representatives have and will continue to evaluate whether additional insurance coverage (other than that coverage that remains in place as of the end of the Reporting Period), or further coordination with insurance providers, is advisable and prudent.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: **In re: Runway Liquidation Holdings, LLC, et al.** |
| Case Number: **17-10466 (SCC)** |
| Date of Plan Confirmation: **July 31, 2017** |

|  | | Quarterly | | Post Confirmation Total |
|---|---|---|---|---|
| 1. **CASH (Beginning of Period - December 29, 2019 Opening)**[1] | $ | 5,022,800.23 | $ | 6,015,738.72 |
| 2. **INCOME or RECEIPTS during the Period**[2] | | 464,745.93 | | 242,960,440.11 |
|   a. **GBG Receipts Held for Transfer** | | - | | (7,492.04) |
|   b. **Less: GBG Receipts Held for Transfer (Prior Period)** | | - | | |
|   c. **Amounts Charged-Back to GBG for GBG costs** | | - | | 1,059,524.93 |
| | | - | | |
| **Total Receipts** | | **5,487,546.16** | | **250,028,211.72** |
| 3. **DISBURSEMENTS** | | | | |
|   a. **Operating Expenses (Fees/Taxes):** | | | | |
|     (i) U.S. Trustee Quarterly Fees | | - | | (148,707.54) |
|     (ii) Federal Taxes | | - | | (2,861,819.04) |
|     (iii) State Taxes | | - | | (3,182,749.32) |
|     (iv) Other Taxes | | - | | (1,128,379.19) |
| | | | | |
|   b. **All Other Operating Expenses:** | | (603,715.52) | | (136,769,943.45) |
| | | | | |
|   c. **Plan Payments:** | | | | |
|     (i) Administrative Claims | | - | | (398,593.12) |
|     (ii) Class One - Secured Tax Claims | | - | | (63,449.75) |
|     (iii) Class Two - Other Secured Claims | | - | | (83,969,390.95) |
|     (iv) Class Three - Other Priority Claims | | (7,500.00) | | (277,807.69) |
|     (v) Class Four* - Term Loan New Tranche A Claims | | - | | - |
|     (vi) Cure Amounts | | - | | (5,337,962.54) |
|     (vii) Other Plan Payments | | - | | (10,281,962.10) |
| | | | | |
|   **Total Disbursements (Operating & Plan)** | | **(611,215.52)** | | **(245,151,881.08)** |
| 4. **CASH (End of Period - March 28, 2020)** | $ | 4,876,330.64 | $ | 4,876,330.64 |

**Notes:**
[1]**See Attachment No. 2A**
[2]**See Attachment No. 2B**

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**

The Amended Joint Plan of Reorganization (the "Plan") for BCBG Max Azria Global Holdings, LLC and its Debtor Affiliates became effective on July 31, 2017 (the "Effective Date").

This Quarterly Operating Report ("QOR") covers the period from December 29, 2019 through March 28, 2020.  The starting date for the QOR is the first day of the accounting month of January 2020 for Runway Liquidation Holdings, LLC et al. (fka BCBG Max Azria Global Holdings, LLC) (the "Company" or the "Post-Effective Date Debtors") and the day subsequent to the closing date of the December 2019 QOR filed by the Company on January 31, 2020 (Docket 1210).

The Post-Effective Date Debtors have not yet completed the closing of the Company's books and records for the monthly accounting periods ending January 25, 2020, February 29, 2020 and March 28, 2020.  As a result, this QOR does not include comparative book balances for each of the existing bank accounts as of the end of the January 2020, February 2020 and March 2020 periods on the attached bank account reconciliation schedules.  However, given the nature and timing of its post-Effective Date disbursements, the Company believes that any reconciliation differences between bank and book balances as of those month end dates are immaterial.

In the event that, after closing its books and records for the January 2020, February 2020 and March 2020 periods, the Company identifies any material bank to book reconciliation items for any of its accounts, the Plan Administrator may elect to amend this QOR with any such information.

**QUARTERLY OPERATING REPORT -**                                          **ATTACHMENT NO. 2B**
**POST CONFIRMATION**

For this Reporting Period, the receipts and disbursements information presented at Attachment 2 is net of cash received for the benefit of, and transferred to, Global Brands Group ("GBG"), the entity that acquired the principal assets of BCBG. Any such receipts were not property of the Post-Effective Date Debtors. In connection with the ongoing transition and unwinding of various complex treasury functions and systems, certain GBG cash receipts and payments from customers continued to flow through the Post-Effective Date Debtors' accounts through the quarter ended March 28, 2020.

As of the period-end date of this QOR (March 28, 2020), the Post-Effective Date Debtors were in possession of $7,492.04 of GBG receipts that were not property of the Post-Effective Date Debtors and had not yet been transferred to GBG. This period-end figure was equal to the amount of GBG receipts held for transfer to GBG as of the prior QOR period end date of December 28, 2019.

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2020 ACCOUNTING PERIOD - DECEMBER 29, 2019 THROUGH JANUARY 25, 2020**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| Name of Bank: | PNC | PNC |
| Account Number: | XXXXXX4852 | XXXXXX4844 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Operations Account | GUC Trust Account |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 01/25/20) | $3,717,763.38 | $900,000.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2020 ACCOUNTING PERIOD - DECEMBER 29, 2019 THROUGH JANUARY 25, 2020**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | PNC | Bank of Hawaii |
| Account Number: | XXXXXX9565 | XXXXXXX1887 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Account | BCBG - Stores #406 & #777 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 01/25/20) | $534,878.50 | $22,202.77 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2020 ACCOUNTING PERIOD - DECEMBER 29, 2019 THROUGH JANUARY 25, 2020**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| **Name of Bank:** | **Bank of Hawaii** | **Bank of Hawaii** |
| **Account Number:** | XXXXXXX3651 | XXXXXXX0640 |
| **Purpose of Account (Operating/Payroll/Tax)** | BCBG Factory, Waikele | BCBG International Market Place |
| **Type of Account (e.g. checking)** | ZBA | ZBA |
| | | |
| **Balance per Bank Statement (Closing Balance - 01/25/20)** | $0.00 | $0.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2020 ACCOUNTING PERIOD - JANUARY 26, 2020 THROUGH FEBRUARY 29, 2020**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| **Name of Bank:** | PNC | PNC |
| **Account Number:** | XXXXXX4852 | XXXXXX4844 |
| **Purpose of Account (Operating/Payroll/Tax)** | Estate Operations Account | GUC Trust Account |
| **Type of Account (e.g. checking)** | Business Checking | Business Checking |
| | | |
| **Balance per Bank Statement (Closing Balance - 02/29/20)** | $3,476,378.73 | $900,000.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2020 ACCOUNTING PERIOD - JANUARY 26, 2020 THROUGH FEBRUARY 29, 2020**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | PNC | Bank of Hawaii |
| Account Number: | XXXXXX9565 | XXXXXXX1887 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Account | BCBG - Stores #406 & #777 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 02/29/20) | $534,878.50 | $22,008.76 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2020 ACCOUNTING PERIOD - JANUARY 26, 2020 THROUGH FEBRUARY 29, 2020**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX3651 | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Waikele | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 02/29/20) | $0.00 | $0.00 |

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2020 ACCOUNTING PERIOD - MARCH 1, 2020 THROUGH MARCH 28, 2020**

| Bank Account Information | Account 1 | Account 2 |
|---|---|---|
| **Name of Bank:** | PNC | PNC |
| **Account Number:** | XXXXXX4852 | XXXXXX4844 |
| **Purpose of Account (Operating/Payroll/Tax)** | Estate Operations Account | GUC Trust Account |
| **Type of Account (e.g. checking)** | Business Checking | Business Checking |
| | | |
| **Balance per Bank Statement (Closing Balance - 03/28/20)** | $3,419,055.36 | $900,000.00 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2020 ACCOUNTING PERIOD - MARCH 1, 2020 THROUGH MARCH 28, 2020**

| Bank Account Information | Account 3 | Account 4 |
|---|---|---|
| Name of Bank: | PNC | Bank of Hawaii |
| Account Number: | XXXXXX9565 | XXXXXXX1887 |
| Purpose of Account (Operating/Payroll/Tax) | Estate Account | BCBG - Stores #406 & #777 |
| Type of Account (e.g. checking) | Business Checking | Business Checking |
| | | |
| Balance per Bank Statement (Closing Balance - 03/28/20) | $534,878.50 | $21,814.75 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2020 ACCOUNTING PERIOD - MARCH 1, 2020 THROUGH MARCH 28, 2020**

| Bank Account Information | Account 5 | Account 6 |
|---|---|---|
| Name of Bank: | Bank of Hawaii | Bank of Hawaii |
| Account Number: | XXXXXXX3651 | XXXXXXX0640 |
| Purpose of Account (Operating/Payroll/Tax) | BCBG Factory, Waikele | BCBG International Market Place |
| Type of Account (e.g. checking) | ZBA | ZBA |
| | | |
| Balance per Bank Statement (Closing Balance - 03/28/20) | $0.00 | $0.00 |

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**JANUARY 2020 ACCOUNTING PERIOD - DECEMBER 29, 2019 THROUGH JANUARY 25, 2020**

| Name of Bank | PNC |
|---|---|
| **Account Number** | XXXXXX4852 |
| **Purpose of Account (Operating/Payroll/Personal)** | Accounts Payable - Controlled Disbursements |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 192 | 11/21/19 | US Trustee | Vendor Payables | $ 9,580.27 |
| Wire Transfer | 11/21/19 | White & Case LLP | Professional Fees | 55,608.54 |
| Wire Transfer | 11/21/19 | Zolfo Cooper LLC | Professional Fees | 30,028.57 |
| Wire Transfer | 11/21/19 | Asperti-Duhamel | Vendor Payables | 526.61 |
| Wire Transfer | 11/21/19 | CIC Paris Opera Bourse | Vendor Payables | 297.00 |
| Wire Transfer | 11/27/19 | Law Offices of David W. Meadows | Professional Fees | 2,500.00 |
| Wire Transfer | 11/29/19 | PNC Bank Fee | Vendor Payables | 396.62 |
| 201 | 12/30/19 | Williams Data Management | Vendor Payables | 127.55 |
| 203 | 12/31/19 | PNC Bank Fee | Vendor Payables | 336.67 |
| 199 | 01/03/20 | Pachulski Stang Ziehl & Jones | Professional Fees | 95,034.21 |
| 206 | 01/10/20 | Williams Data Management | Vendor Payables | 127.55 |
| 205 | 01/23/20 | Tennessee Department of Revenue. | Allowed Priority Claims | 7,500.00 |
| 203 | 01/27/20 | Correa Acevedo | Professional Fees | 351.50 |
| 204 | 01/28/20 | Donlin, Recano & Company, Inc. | Professional Fees | 6,954.54 |
| Wire Transfer | 01/29/20 | Alixpartners Holdings, LLP | Professional Fees | 13,789.94 |
| Wire Transfer | 01/29/20 | Lockton Insurance Brokers, LLC | Vendor Payables | 55,102.00 |
| | | | TOTAL | $ 278,261.57 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2020 ACCOUNTING PERIOD - JANUARY 26, 2020 THROUGH FEBRUARY 29, 2020**

| Name of Bank | PNC |
|---|---|
| **Account Number** | XXXXXX4852 |
| **Purpose of Account (Operating/Payroll/Personal)** | Accounts Payable - Controlled Disbursements |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 01/31/20 | PNC Bank Fee | Vendor Payables | $          284.90 |
| 211 | 02/06/20 | Pachulski Stang Ziehl & Jones | Professional Fees | 224,441.81 |
| 209 | 02/11/20 | Correa Acevedo | Professional Fees | 1,042.50 |
| 208 | 02/14/20 | United States Trustee | Vendor Payables | 5,168.34 |
| 210 | 02/14/20 | Donlin, Recano & Company, Inc. | Professional Fees | 6,905.84 |
| Wire Transfer | 02/19/20 | Citco | Vendor Payables | 4,125.28 |
| Wire Transfer | 02/28/20 | PNC Bank Fee | Vendor Payables | 19.90 |
| | | | TOTAL | $    241,988.57 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2020 ACCOUNTING PERIOD - MARCH 1, 2020 THROUGH MARCH 28, 2020**

| Name of Bank | PNC |
|---|---|
| Account Number | XXXXXX4852 |
| Purpose of Account (Operating/Payroll/Personal) | Accounts Payable - Controlled Disbursements |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 213 | 03/03/20 | Williams Data Management | Vendor Payables | $        127.55 |
| Wire Transfer | 03/16/20 | Alixpartners Holdings, LLP | Professional Fees | 27,011.86 |
| Wire Transfer | 03/16/20 | Citco | Vendor Payables | 4,256.36 |
| Wire Transfer | 03/16/20 | Sesame Avocats | Professional Fees | 450.00 |
| 218 | 03/20/20 | Pachulski Stang Ziehl & Jones | Professional Fees | 48,208.96 |
| 219 | 03/23/20 | Williams Data Management | Vendor Payables | 127.55 |
| 215 | 03/24/20 | Donlin, Recano & Company, Inc. | Professional Fees | 10,585.60 |
| 217 | 03/24/20 | Lewis Brisbois Bisgaard & Smith | Professional Fees | 197.50 |
|  |  |  | TOTAL | $     90,965.38 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**JANUARY 2020 ACCOUNTING PERIOD - DECEMBER 29, 2019 THROUGH JANUARY 25, 2020**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 01/24/20 | Bank of Hawaii | Account Analysis Fees | 194.01 |
| | | | TOTAL | $      194.01 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**FEBRUARY 2020 ACCOUNTING PERIOD - JANUARY 26, 2020 THROUGH FEBRUARY 29, 2020**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 02/28/20 | Bank of Hawaii | Account Analysis Fees | 194.01 |
| | | | TOTAL | $      194.01 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**
**CASH DISBURSEMENT DETAILS**
**MARCH 2020 ACCOUNTING PERIOD - MARCH 1, 2020 THROUGH MARCH 28, 2020**

| Name of Bank | Bank of Hawaii |
|---|---|
| Account Number | XXX1887 |
| Purpose of Account (Operating/Payroll/Personal) | BCBG - Stores #406 & #777 |
| Type of Account (e.g., Checking) | Business Checking |

| Wire Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire Transfer | 03/27/20 | Bank of Hawaii | Account Analysis Fees | 194.01 |
| | | | TOTAL | $    194.01 |