**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                              :
In re                                                         :          **Chapter 11**
                                                              :
**RUNWAY LIQUIDATION**                                        :          **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1]                                 :
                                                              :          **Jointly Administered**
         **Debtors.**                                         :
-------------------------------------------------------------x

### ORDER DEEMING CERTAIN PROPOSED DISTRIBUTIONS TO BE DEEMED AS "UNCLAIMED PROPERTY" AND PERMITTING PLAN ADMINISTRATOR TO RE-ALLOCATE FUNDS ASSOCIATED THEREWITH

David MacGreevey, in his capacity as plan administrator (the "Plan Administrator") acting on behalf of Runway Liquidation Holdings, LLC (f/k/a BCBG Max Azria Global Holdings, LLC) and its affiliated post-effective date debtors (collectively, the "Post-Effective Date Debtors"), having filed a motion (the "Motion"),[2] seeking an order designating certain proposed distributions as "Unclaimed Property" under the Plan and permitting the Plan Administrator to reallocate funds associated therewith to all other Holders of Class 6 General Unsecured Claims on a pro rata basis; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the funds associated with the Claims of the Impacted Claimants listed on Exhibit 2 to the Motion are deemed unclaimed property; and it is further

---

[1]   The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include:  Runway Liquidation Holdings, LLC (6857).

[2]   All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Plan Administrator shall be entitled to re-allocate funds associated with the Claims of the Impacted Claimants to other Holders of Class 6 General Unsecured Claims on a pro rata basis; and it is further

ORDERED that the Plan Administrator shall have no obligations with respect to the Impacted Claimants or Claims associated therewith; and it is further

ORDERED this Order shall be effective and enforceable immediately upon entry hereof; and it is further

ORDERED that the Court shall retain jurisdiction to accord relief to such entity, or for other cause, and pursuant to and to the extent necessary to enforce the provisions of the Plan, the Confirmation Order, or this Order.

Dated: April 13, 2021
New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2