UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1] | Case No. 17-10466 (SCC) |
| Debtors. | (Jointly Administered) |

# NOTICE OF NAME CHANGE FOR CLAIMS AND NOTICING AGENT

NOTICE IS HEREBY GIVEN that **DONLIN, RECANO & COMPANY, INC**. has changed its name to **DONLIN, RECANO & COMPANY, LLC** effective immediately.

The physical address, mailing address, telephone and fax numbers shall remain the same.

**Dated:** January 10, 2025

**Respectfully Submitted,**

/s/ *Lillian Jordan*

Lillian Jordan
Supervisor
Operations Department
DONLIN RECANO & COMPANY, LLC
c/o Equiniti
48 Wall Street, 22nd Fl
New York, NY 10005
Telephone: (212) 481-1411
Direct:  (212) 771-1121

APPOINTED CLAIMS AND NOTICING AGENT TO THE DEBTORS

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, follows: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).