Hearing Date and Time: March 27, 2025 at 3:00 p.m. (Eastern Time)
Objection Deadline: March 20, 2025 at 4:00 p.m. (Eastern Time)

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
**RUNWAY LIQUIDATION**                                      :    Case No. 17-10466 (PB)
**HOLDINGS, LLC, et al.,**[1]                               :
                                                            :    Jointly Administered
        **Debtors.**                                        :
------------------------------------------------------------x

### NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF FINAL DECREE CLOSING THE CHAPTER 11 CASES

**PLEASE TAKE NOTICE** that on February 10, 2025, David MacGreevey, in his capacity as plan administrator (the "Plan Administrator"), filed the *Motion For Entry of Final Decree Closing the Chapter 11 Cases* (the "Motion") and the accompanying *Declaration of John Boken* in support of the Motion (the "Declaration").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Philip Bentley of the United States Bankruptcy Court for the Southern District of New York on **March 27, 2025** at **3:00 p.m. (prevailing Eastern Time)** (the "Hearing"). The Hearing will be conducted using Zoom for Government. Parties that wish to appear, whether

---

[1]  The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include:  Runway Liquidation Holdings, LLC (6857) and Runway Liquidation, LLC (5942).

making a "live" or "listen" only appearance before the Court, need to make an eCourt Appearance through the Courts website, http://www.nysb.uscourts.gov/ecourt−appearances. The deadline to sign up for the Hearing is **March 26, 2025** at **4:00 p.m. (prevailing Eastern Time)**. After the deadline passes, chambers will use the emails provided through eCourt Appearances to send invitations for the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "<u>Objection</u>") to the Motion, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 90] (the "<u>Case Management Order</u>"), shall set forth the basis for the Objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court with a hard copy delivered directly to chambers pursuant to Local Rule 9070-1 and served so as to be actually received no later than **March 20, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Objection Deadline</u>") upon the parties on the Master Service List (as defined in the Case Management Order).

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Plan Administrator shall, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **<u>Exhibit A</u>** to the Motion, which order the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Declaration may be obtained free of charge by visiting the website of Donlin Recano at https://wwwdonlinrecano.com/bcbg.

Dated:   February 10, 2025

                                          PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ Robert J. Feinstein*
                                          Robert J. Feinstein, Esq.
                                          Bradford J. Sandler, Esq.
                                          780 Third Avenue, 34th Floor
                                          New York, New York 10017
                                          Telephone:  (212) 561-7700
                                          Facsimile:  (212) 561-7777

                                          *Counsel to the Plan Administrator*