Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

*Counsel to the Plan Administrator*

---------------------------------------------------------------x
:
**In re**                                   :    **Chapter 11**
:
**RUNWAY LIQUIDATION**           :    **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1]    :
:    **Jointly Administered**
**Debtors.**                        :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )
CITY OF LOS ANGELES   )

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

On February 10, 2025, I caused copies of the following documents to be served in the manners indicated:

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

SF 4888-8832-6541.2 08467.001

**Plan Administrator's Motion for Entry of Final Decree Closing the Chapter 11 Cases** [Docket No. 1295]

**Declaration of John Boken in Support of Plan Administrator's Motion for Entry of Final Decree Closing the Chapter 11 Cases** [Docket No. 1296]

**Notice of Hearing on Plan Administrator's Motion for Entry of Final Decree Closing the Chapter 11 Cases** [Docket No. 1297]

via First Class U.S. Mail and email as indicated below:

| *Via First Class U.S. Mail and Email* | *Via First Class U.S. Mail and Email* |
|---|---|
| Mr. Fiodor Rilov<br>Scp Rilov<br>32 Rue Monsieur Le Prince<br>75006, Paris, FRANCE | Ms. Virginie Fournier<br>Selarl Fournier<br>8 Boulevard Gambetta<br>38000 Grenoble, FRANCE |
| *Via First Class U.S. Mail and Email* | *Via First Class U.S. Mail and Email* |
| Mr. Hubert, Martin De Fremont<br>Simon Associés<br>47 Rue De Monceau<br>75378, Paris Cedex 08, FRANCE | Ms. Alexine Griffault<br>Agis Avocats<br>4 Place Saint Pierre<br>38200 Vienne, FRANCE |

and via (i) electronic mail upon the parties listed on the Master Service List and set forth in Exhibit 1 attached hereto; (ii) via First Class U.S. Mail upon the parties listed on the Master Service List and set forth on Exhibit 2 attached hereto; and (iii) Federal Express upon the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004..

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 11, 2025 at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown

# EXHIBIT 1

## Service via Electronic Mail on Master Service

1450 BROADWAY, LLC
BOBBY@ZARGROUPNY.COM

A & FENG FASHION LTD
JAN@FENGFASHION.COM

ALARCON & SAENZ PLLC
AALARCON@SBCGLOBAL.NET

ANDARI FASHION INC
WEILING.KAZUNO@ANDARI.COM

ANDREW S CONWAY
ACONWAY@TAUBMAN.COM

APTOS, INC.
NROY@APTOS.COM

ARLINGTON ISD, CROWLEY ISD
ECOBB@PBFCM.COM

ASHBY & GEDDES P.A.
GTAYLOR@ASHBYGEDDES.COM;NNEWMAN@ASHBYGEDDES.COM

BALLARD SPAHR LLP
POLLACK@BALLARDSPAHR.COM

BALLARD SPAHR LLP
BRANCHD@BALLARDSPAHR.COM

BEST SILK LIMITED
SHIPMENT@JIAJUAN.COM

BIALSON BERGEN & SCHWAB, A PROF CORP
KLAW@BBSLAW.COM

BLANK ROME LLP
IHERMAN@BLANKROME.COM;EZUCKER@BLANKROME.COM

BROWN & CONNERY LLP
JMONTGOMERY@BROWNCONNERY.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SCHRISTIANSON@BUCHALTER.COM

BUCHANAN INGERSOLL & ROONEY PC
TANYA.BOSI@BIPC.COM

CARTER LEDYARD & MILBURN LLP
BANKRUPTCY@CLM.COM

CENTURY LINK
MARCY.HERONIMUS@CENTURYLINK.COM

CHIESA SHAHINIAN & GIANTOMASI PC
MCARUSO@CSGLAW.COM

CITY OF VERNON
HPATEL@CI.VERNON.CA.US;
BBYUN@CI.VERNON.CA.US

CODDY GLOBAL LTD
ANGELA_LEE@CODDY.COM.TW;
SHERRY_TSAI@CODDY.COM.TW

CRITEO CORP.
J.WU@CRITEO.COM

CT- DEPARTMENT OF REVENUE
DENISE.MONDELL@CT.GOV

CURTIS MALLET-PREVOST COLT & MOSLE LLP
SREISMAN@CURTIS.COM

CURTIS MALLET-PREVOST COLT & MOSLE LLP
CGIGLIO@CURTIS.COM

CURTIS MALLET-PREVOST COLT & MOSLE LLP
JDREW@CURTIS.COM

DADA TRADING CO LTD
ALEX@DADATEX.CO.KR

DAEJEE METAL CO. LTD
SUNNY@DAEJEE.NET

DAVE FOSTER BUILDERS, INC.
DAVE@DAVEFOSTERBUILDERS.COM

ERNST & YOUNG LLP
LESLIE.DEHOFF@EY.COM

FCI GROUPS, INC.
LENTEFCI@GMAIL.COM

FEDEX
BELINDA.NOLTE@FEDEX.COM

FORMENTINI SRL
GIOVANNI@FORMENTINI.IT

FOX ROTHSCHILD LLP
MHALL@FOXROTHSCHILD.COM

FREEBORN & PETERS LLP
DEGGERT@FREEBORN.COM

FREEBORN & PETERS LLP
EJANCZAK@FREEBORN.COM

FROST BROWN TODD LLC
RGOLD@FBTLAW.COM

GAFLANA INDUSTRY LIMITED
KIMSHEK@GAFLANA.COM

GALO SHOES, INC.
FXG396@GMAIL.COM

GOULSTON & STORRS PC
VMOODY@GOULSTONSTORRS.COM

GREENBERG TRAURIG LLP
KUSHNICKH@GTLAW.COM

HARLOW ADAMS & FRIEDMAN PC
JMN@QUIDPROQUO.COM

HING SHING LOOPING MANUFACTURING CO. LTD
YEE.WONG@HINGSHING.COM

HUGE WELL (HONG KONG) LTD
CHERRYWANG@GENERALORIENTLTD.COM

IVANA GARBOWSKI, P.C.
IVANA@MARTIER.COM

JAFFE, ROSS & LIGHT LLP
BROSS@JRLLAW.COM

KELLEY DRYE & WARREN LLP
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;RLEHANE@KELLEYDRYE.COM

| | | |
|---|---|---|
| KIATERRY TEXTILE CORP. LTD<br>LINDA@KIATERRY.COM.CN | LINEBARGER GOGGAN ET AL.<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>TED.BERKOWITZ@AG.NY.GOV |
| KIRKLAND & ELLIS LLP<br>JOSHUA.SUSSBERG@KIRKLAND.COM | LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY<br>LMBKR@PBFCM.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>RFEINSTEIN@PSZJLAW.COM;BSANDLER@PSZJLAW.COM |
| KIRKLAND & ELLIS LLP<br>CHRISTOPHER.MARCUS@KIRKLAND.COM | MALFITANO PARTNERS<br>JM@MALFITANOPARTNERS.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>MPAGAY@PSZJLAW.COM |
| KIRKLAND & ELLIS LLP<br>JOHN.LUZE@KIRKLAND.COM | MEGA LINK INTERNATIONAL HOLDINGS<br>SALLY.C@MEGALINK.COM.HK;<br>JEFF.W@MEGALINK.COM.HK | PEPPER HAMILTON LLP<br>JAFFEH@PEPPERLAW.COM |
| KIRKLAND & ELLIS LLP<br>JAMES.SPRAYREGEN@KIRKLAND.COM | MENTER RUDIN & TRIVELPIECE PC<br>KNEWMAN@MENTERLAW.COM | PEPPER HAMILTON LLP<br>KOVSKYD@PEPPERLAW.COM |
| KLEE TUCHIN ET AL.<br>TPATTERSON@KTBSLAW.COM;<br>RPFISTER@KTBSLAW.COM | MIAMI-DADE COUNTY TAX COLL.<br>ALEXISG@MIAMIDADE.GOV;<br>MDTCBKC@MIAMIDADE.GOV | PEPPERJAM, LLC.<br>JAWEIDNER@PEPPERJAM.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP<br>TKLESTADT@KLESTADT.COM | MISSISSIPPI DEPT OF REVENUE<br>SYLVIE.ROBINSON@DOR.MS.GOV | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>OSONIK@PBFCM.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>RSCHMIDT@KRAMERLEVIN.COM | MISSOURI DEPARTMENT OF REVENUE<br>SDNYECF@DOR.MO.GOV | PERF STAR GLOBAL LIMITED<br>LANDY_LEE@WINTEX.COM.TW |
| KRISTEN N PATE<br>GGPBK@GGP.COM | MORGAN LEWIS & BOCKIUS LLP<br>MARC.LEDUC@MORGANLEWIS.COM;MATTHEW.FURLONG@MORGANLEWIS.COM | PETER M LEVINE, ESQ<br>CHIEF@PMLEVINELAW.COM |
| KUCKER & BRUH LLP<br>AZELMAN@KBLLP.COM | MORGAN, LEWIS & BOCKIUS LLP<br>JULIA.FROST-DAVIES@MORGANLEWIS.COM;<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM | PLAZA LAS AMERICAS, INC. AND PLAZA DEL CARIBE, S.E.<br>JOSE.CASAL@HKLAW.COM |
| KURTZMAN STEADY LLC<br>KURTZMAN@KURTZMANSTEADY.COM | | PLAZA LAS AMERICAS, INC. AND PLAZA DEL CARIBE, S.E.<br>JJALEMANY@HKLAW.COM |
| KYSAZOZE LIMITED<br>FIONA@KYSAZOZE.COM | MORGAN, LEWIS & BOCKIUS LLP<br>ROBERT.BARRY@MORGANLEWIS.COM;<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | POLARIS HANDELSGESELL SCHAFT<br>BLICHTENBERGER@POLARISFAMILY.COM |
| LAVELY & SINGER P.C.<br>MDSINGER@LAVELYSINGER.COM;<br>TEAGAN@LAVELYSINGER.COM | MORINDA INTERNATIONAL CORPORATION<br>MORINDA@MORINDA-CN.COM | PRIME APPAREL, INC.<br>IRENEM@PRIMEAPPARELINC.COM |
| LEAP SHEEN LIMITED<br>JANNAC@MAXGREAT.COM | MYSTIC INC<br>MPATEL@HERMANKAY.COM | PRIORITY FULFILLMENT SERVICES, INC.<br>MPRADA@PFSWEB.COM |
| LECLAIRRYAN, A PROFESSIONAL CORP<br>ILAN.MARKUS@LECLAIRRYAN.COM;NICLAS.FERLAND@LECLAIRRYAN.COM | NOLD MUCHINSKY PLLC<br>DNOLD@NOLDMUCHLAW.COM;NUDDIN@NOLDMUCHLAW.COM;MFOLSOM@NOLDMUCHLAW.COM | RACHEL R OBALDO<br>RACHEL.OBALDO@OAG.TEXAS.GOV |
| LINEBARGER GOGGAN ET AL<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | | RENAISSANCE FASHION LTD<br>IDY.SIU@REN-FASHION.COM |
| LINEBARGER GOGGAN ET AL.<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | NYS- DEPARTMENT OF TAXATION & FINANCE<br>ENID.STUART@AG.NY.GOV | RL CRISS CROSS INC<br>REALINEUS@AOL.COM |

| | | |
|---|---|---|
| ROBINSON BROG LEINWAND ET AL<br>AMG@ROBINSONBROG.COM | SPECTOR & JOHNSON PLLC<br>HSPECTOR@SPECTORJOHNSON.COM | VCS GROUP LLC<br>CHRIS.DELIA@CAMUTOGROUP.COM |
| RODEO COLLECTION LTD<br>BAHADOR@DMANAGE.COM;<br>HEDI@DMANAGE.COM;<br>KMAHBOUBI@MAC.COM | STEMPEL BENNETT CLAMAN &<br>HOCHBERG PC<br>EOBRIEN@SBCHLAW.COM | VELOCITY TECHNOLOGY SOLUTION<br>THERESA.PREWETT@VELOCITYCLOUD.COM |
| SAMMONS FINANCIAL GROUP MEMBER COMPANIES<br>BHANSEN@SFGMEMBERS.COM | STUBBS ALDERTON & MARKILES LLP<br>JGERSH@STUBBSALDERTON.COM | WEIL GOTSHAL & MANGES LLP<br>MATT.BARR@WEIL.COM |
| SAP INDUSTRIES INC<br>MATT.LAUKAITIS@SAP.COM | T1 ATELIER COMPANY LTD.<br>KIMCHUN.KH@T1ATELIER.COM | WEIL GOTSHAL & MANGES LLP<br>MATT.BARR@WEIL.COM;<br>ALEXANDER.CONDON@WEIL.COM |
| SEARS HOLDINGS CORPORATION<br>MICHAEL.DUNNE@SEARSHC.COM | THE CITY OF PHILADELPHIA<br>MEGAN.HARPER@PHILA.GOV | WEST COAST DISTRIBUTION (CON<br>ALEXF@WCDISTRIBUTION.COM |
| SHANGHAI SHENDA<br>PAN@PANFAME.COM | THE COUNTY OF LOUDOUN, VA<br>BELKYS.ESCOBAR@LOUDOUN.GOV;STEVE.JACKSON@LOUDOUN.GOV | WESTIN ST FRANCIS HOTEL<br>MARCELO.INFANTE@WESTIN.COM |
| SILVEREED (HONG KONG) LIMITED<br>HOKAKI@GMRHK.COM;<br>ONURGUR@LFCREDIT.COM.SG | TN- DEPT OF REVENUE<br>AGBANKNEWYORK@AG.TN.GOV | WHITEFORD TAYLOR & PRESTON LLC<br>CSAMIS@WTPLAW.COM;KGOOD@WTPLAW.COM;KSHAW@WTPLAW.COM |
| SIMON PROPERTY GROUP INC<br>RTUCKER@SIMON.COM | TRADE HARVEST INDUSTRIAL LIMITED<br>CLIMAS@HANGLUEN.COM.HK | WILES & WILES LLP<br>BANKRUPTCY@EVICT.NET |
| SIMON PROPERTY GROUP, INC.<br>DSEABAUGH@SIMON.COM | TRAVIS COUNTY ATTORNEY<br>KAY.BROCK@TRAVISCOUNTYTX.GOV | WILLIAMS LEGAL ADVISORY GROUP<br>AWILLIAMS@WILLIAMSADVISORS.COM |
| SINOSKY CORPORATION LTD<br>SHELLYJIANG@SINOSKYCORP.COM | TWITTER, INC.<br>JOANJUAN@TWITTER.COM<br>UNITED STATES ATTORNEY | WINSTON & STRAWN LLP<br>JTRAISTER@WINSTON.COM |
| | US CUSTOMS SERVICE<br>KANDACE.NIEMI@APEXGLOBE.COM | WINSTON & STRAWN LLP<br>DWEBB@WINSTON.COM |

# EXHIBIT 2

## Service via First Class U.S. Mail on Master Service List

| | | |
|---|---|---|
| AZ6, LLC<br>ATTN: GENERAL COUNSEL & MAX AZRIA<br>8619 W SUNSET BOULEVARD<br>WEST HOLLYWOOD, CA 90069 | AZRIA ENTERPRISES, INC.<br>ATTN: GENERAL COUNSEL & MAX AZRIA<br>8619 W SUNSET BOULEVARD<br>WEST HOLLYWOOD, CA 90069 | BALLARD SPAHR LLP<br>LESLIE C HEILMAN<br>919, MARKET ST 11TH FLOOR<br>WILMINGTON, DE 19801 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC<br>ERICA ALTERWITZ MEIERHANS, CRO<br>CHIEF RESTRUCTURING OFFICER<br>2761 FRUITLAND AVE<br>VERNON, CA 90058 | CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | COLLECTION 18<br>VINCENT ZHENG<br>1370 BROADWAY, 17TH FLOOR<br>NEW YORK, NY 10018 |
| DEMANDWARE, INC.<br>PAULA DIBARTOLOMEO<br>5 WALL STREET<br>BURLINGTON, MA 01803 | DESIGNER APPAREL DUAL HOLDINGS BLOCKERCO, LLC<br>330, MADISON AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | DESIGNER APPAREL DUAL HOLDINGS LLC<br>330, MADISON AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 |
| FASHION FUNDING, LLC<br>C/O GUGGENHEIM, CAPITAL, LLC<br>227 WEST MONROE STREET<br>SUITE 4900<br>CHICAGO, IL 60606 | FASHION FUNDING, LLC<br>330, MADISON AVENUE<br>18TH FLOOR<br>NEW YORK, NY 10017 | FASHION FUNDING II, LLC<br>C/O GUGGENHEIM, CAPITAL, LLC<br>227 WEST MONROE STREET<br>SUITE 4900<br>CHICAGO, IL 60606 |
| FASHION FUNDING II, LLC<br>330, MADISON AVENUE<br>18TH FLOOR<br>NEW YORK, NY 10017 | FASHION FUNDING III, LLC<br>C/O GUGGENHEIM, CAPITAL, LLC<br>227 WEST MONROE STREET<br>SUITE 4900<br>CHICAGO, IL 60606 | FASHION FUNDING III, LLC<br>330, MADISON AVENUE<br>18TH FLOOR<br>NEW YORK, NY 10017 |
| INTERNAL REVENUE SVCS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | INTERNAL REVENUE SVCS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SVCS<br>MARIA I VALERIO<br>INSOLVENCY GROUP 7 MGR<br>290 BROADWAY, 5TH FL<br>NEW YORK, NY 10007 |
| LINEBARGER GOGGAN ET AL.<br>DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760 | MCCABE WEISBERG & CONWAY PC<br>MELISSA DICERBO<br>145 HUGUENOT ST STE 210<br>NEW ROCHELLE, NY 10801 | MEYERS RODBELL & ROSENBAUM, PA<br>M EVAN MEYERS<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737- 1385 |
| MICHIGAN DEPT OF TREASURY<br>TAX POLICY DIV. - LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND, FL AUSTIN BLDG<br>LANSING, MI 48922 | MIDLAND NATIONAL LIFE, INSURANCE COMPANY (ANNUITY)<br>330, MADISON AVENUE, 10TH, FLOOR<br>NEW YORK, NY 10017 | MIDLAND NATIONAL LIFE, INSURANCE COMPANY (BOLI-GEN)<br>330, MADISON AVENUE, 10TH, FLOOR<br>NEW YORK, NY 10017 |

| | | |
|---|---|---|
| MIDLAND NATIONAL LIFE, INSURANCE COMPANY (MAIN)<br>330, MADISON AVENUE, 10TH, FLOOR<br>NEW YORK, NY 10017 | NORTH AMERICAN CO FOR LIFE AND HEALTH, INSURANCE (ANNUITY)<br>330, MADISON AVENUE, 10TH, FLOOR<br>NEW YORK, NY 10017 | NORTH AMERICAN CO FOR LIFE AND HEALTH, INSURANCE (MAIN)<br>330, MADISON AVENUE, 10TH, FLOOR<br>NEW YORK, NY 10017 |
| NYS DEPT OF FINANCE<br>DEVORA COHN, LEGAL AFFAIRS<br>345 ADAMS STREET, 3RD FLOOR<br>BROOKLYN, NY 11201 | NYS DEPT OF TAXATION AND FINANCE<br>OFFICE OF COUNSEL<br>15 METROTECH CENTER<br>BROOKLYN, NY 11201-3827 | NYS DEPT TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| NYS UNEMPLOYMENT, INSURANCE FUND<br>PO BOX 551<br>ALBANY, NY 12201 | OFFICE OF THE U.S. TRUSTEE<br>BRIAN, MASUMOTO, ESQ.<br>US FEDERAL OFFICE BLDG<br>201 VARICK ST, STE 1006<br>NEW YORK, NY 10014 | |
| ORPHEUS HOLDINGS LLC<br>330, MADISON AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | PARKING VIOLATIONS BUREAU<br>210 JORALEMON AVE<br>BROOKLYN, NY 11201 | SBC FUNDING, LLC<br>330, MADISON AVENUE, 10TH, FLOOR<br>NEW YORK, NY 10017 |
| SECURITIES AND EXCHANGE COMMISSION<br>JOHN MURRAY<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BLDG<br>233 BROADWAY<br>NEW YORK, NY 10279 | SECURITIES AND EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ANDREW, CALAMARI REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY ST STE 400<br>NEW YORK, NY 10281 | SECURITY BENEFIT LIFE, INSURANCE (SUR)<br>330, MADISON AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REGIONAL CHIEF COUNSEL<br>26 FEDERAL PLAZA, RM 3904<br>NEW YORK, NY 10278 | STIMPERT & FORD LLP<br>DANIEL P STIMPERT<br>8500 WILSHIRE BLVD STE 640<br>BEVERLY, HILLS, CA 90211-3120 | UNITED STATES ATTORNEY<br>CLAIMS UNIT<br>ONE ST ANDREWS PLAZA, RM 417<br>NEW YORK, NY 10007 |
| UNITED STATES ATTORNEY<br>TAX AND BANKRUPTCY UNIT<br>86 CHAMBERS ST., 3RD, FL<br>NEW YORK, NY 10007 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: HON. PHILIP BENTLEY<br>ONE BOWLING GREEN, CTRM. 601<br>NEW YORK, NY 10004-1408 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 |
| US DEPT OF HEALTH AND HUMAN SVCS<br>OFFICE OF THE GENERAL COUNSEL<br>26 FEDERAL PLAZA<br>RM 3908<br>NEW YORK, NY 10278 | US DEPT OF HOUSING AND URBAN DEV<br>JOHN, CAHILL ESQ<br>26 FEDERAL PLAZA, RM 3500<br>NEW YORK, NY 10278-0068 | US ENVIRONMENTAL PROT AGENCY<br>ROBERT ROBERTS<br>1200 PENNSYLVANIA AVE NW<br>MAIL CODE 2272A<br>WASHINGTON, DC 20004-2004 |

SF 4888-8832-6541.2 08467.001