UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
                                                         :
**In re**                                                : Case No. 17-10466 (PB)
                                                         :
**RUNWAY LIQUIDATION**                                   :
**HOLDINGS, LLC, et al.,** [1]                           : Chapter 11
           **Debtors.**                                  :
———————————————————————x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$6,112,406 FEE for ATTORNEY for DEBTOR

$12,333,876 OTHER PROFESSIONAL FEES and ALL EXPENSES [2]

_____N/A_____   TRUSTEE FEE (if applicable)

_____N/A_____   FEE for ATTORNEY for TRUSTEE (if applicable)

_____N/A_____   % DIVIDEND PAID/TO BE PAID

_____N/A_____   FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)

$2,100,576 INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED [3]

---

[1] The last 4 digits of Runway Liquidation Holdings, LLC tax identification number are 6857 and mailing address of c/o AlixPartners 555 Flowers Street, Suite 4200, Los Angeles, CA 90071

[2] Includes payments to Retained Professionals for fees and expenses incurred during the Chapter 11 that were paid via the Professional Fee Escrow Account.

[3] On or about the Effective Date, the Debtors made distributions required under the Plan. Final distributions were issued in May 2021.

_____N/A___ OTHER: (explain)

_____

DATE: 03/14/25                          APPLICANT
                                        BY _____
                                            JOHN BOKEN