Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

*Counsel to the Plan Administrator*


```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
RUNWAY LIQUIDATION                                           :
HOLDINGS, LLC, et al.,¹                                      :
                                                             :
                  Debtors.                                   :
-------------------------------------------------------------x
```

Chapter 11

Case No. 17-10466 (SCC)

**Jointly Administered**


### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA          )
                             )
CITY OF LOS ANGELES          )

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 10100 Santa

Monica Boulevard, Suite 1300, Los Angeles, California 90067.

On March 24, 2025, I caused copy of the following document to be served in the manners

indicated:

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

SF 4922-5184-5166.1 08467.001

**Certificate of No Objection** [Docket No. 1301]

via First Class U.S. Mail and email as indicated below:

>*Via First Class U.S. Mail and Email*
>Office of the United States Trustee
>Joseph T. Nadkarni, CFA
>Annie Wells, Esq.
>Alexander Hamilton Custom House
>One Bowling Green, Suite 534
>New York, NY 10004
>
>Email:  Annie.Wells@usdoj.gov;
>        Joseph.T.Nadkarni@usdoj.gov

and Federal Express upon the Honorable Philip Bentley, United States Bankruptcy Judge, at

the United States Bankruptcy Court of the Southern District of New York, Alexander

Hamilton Custom House, One Bowling Green, New York, New York 10004.

   I declare under penalty of perjury, under the laws of the State of California and the United

States of America that the foregoing is true and correct.

   Executed on March 24, 2025 at Los Angeles, California.

                                        */s/ Nancy H. Brown*
                                        Nancy H. Brown

SF 4922-5184-5166.1 08467.001